# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: LOCAL TV ADVERTISING ANTITRUST LITIGATION | MDL No. 2867<br>No. 18 C 6785<br>This Document Relates to All Cases<br><br>Hon. Virginia M. Kendall |

## DEFENDANT SINCLAIR BROADCAST GROUP, INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Sinclair Broadcast Group, Inc. states that it is a publicly held corporation, it has no parent corporation, and no publicly held company owns more than five percent of Sinclair Broadcast Group, Inc.

Dated: November 12, 2018

Respectfully submitted,

/s/ Jerome S. Fortinsky
Jerome S. Fortinsky (*pro hac vice* pending)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Tel: 212-848-4900
jfortinsky@shearman.com

Brian C. Hauser
SHEARMAN & STERLING LLP
401 9th Street, NW
Suite 800
Washington, DC 20004

*Attorneys for Defendant Sinclair Broadcast Group, Inc.*

**CERTIFICATE OF SERVICE**

    I, Jerome S. Fortinsky, certify that on November 12, 2018, I caused the foregoing Defendant Sinclair Broadcast Group, Inc.'s Corporate Disclosure Statement and Notification as to Affiliates to be served on all counsel of record listed via the Court's ECF system.

    /s/ Jerome S. Fortinsky