**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: LOCAL TV ADVERTISING ANTITRUST LITIGATION<br><br>This Document Relates to All Cases | MDL No. 2867<br>No. 18 C 6785<br><br>Hon. Virginia M. Kendall |

**DEFENDANT NEXSTAR MEDIA GROUP, INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Nexstar Media Group, Inc. states that it is a publicly-traded company without a parent corporation. Publicly-held company BlackRock, Inc. owns more than 5% of Nexstar Media Group, Inc.

Dated: November 13, 2018

Peter M. McCormack
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
peter.mccormack@kirkland.com

Catie Ventura
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
catie.ventura@kirkland.com

Respectfully submitted,

/s/ *Eliot A. Adelson*

Eliot A. Adelson (admitted *pro hac vice*)
Jacob H. Johnston
KIRKLAND & ELLIS LLP
555 California Street, 29th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
eliot.adelson@kirkland.com
jacob.johnston@kirkland.com

*Attorneys for Defendant
Nexstar Media Group, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on November 13, 2018, the foregoing document was filed electronically through the Court's Electronic Case Filing System. Service of this document is being made upon all counsel of record in this case by the Notice of Electronic Filing issued through the Court's Electronic Case Filing System on this date.

                /s/ *Eliot A. Adelson*
                Eliot A. Adelson