# EXHIBIT C

Case: 1:18-cv-06785 Document #: 122-3 Filed: 11/16/18 Page 2 of 5 PageID #:1099

# VICTORIA SIMS

phone: 202-789-3960
fax: 202-789-1813

 



## EDUCATION

- J.D., Catholic University, Columbus School of Law (2009)
- B.A. (with honors), Brandeis University (2006)

## SUBSTANTIVE PRACTICE AREAS

- Antitrust

## BAR ADMISSIONS

- Maryland
- District of Columbia

Ms. Sims has worked on antitrust, consumer protection and telecommunications litigation throughout the course of her nearly decade -long career, and currently focuses her practice on antitrust litigation. She has represented both plaintiffs and defendants in federal litigation and before state agencies, as well as co-authoring an amicus brief in the U.S. Supreme Court. Ms. Sims has special experience representing retailers in complex litigation.

Ms. Sims is the recipient of the American Antitrust Institute's Outstanding Litigatino Achievement by a Junior Lawyer Award (2017) for her work in the *Automotive Parts Antitrust Litigation,* 12-md-02311, where she successfully argued a score of contested motions and has recovered $300 million in damages, thus far, for automobile dealerships in thirty jurisdictions.

Ms. Sims is also the co-author of *Remediation and Deterrence: The Real Requirements of the Vindication Doctrine* (2013) (George Washington Law Review) and co-author of Proposals for Reform in Private Enforcement of the Antitrust Law in the United States (edited by Albert A. Foer and Randy M. Stutz) (2012).

She is actively pursuing claims on behalf of pharmacists against generic drug manufacturers in a Multidistrict Litigation centered in the *Generic Drugs Antitrust Litigation*.

Case: 1:18-cv-06785 Document #: 122-3 Filed: 11/16/18 Page 5 of 5 PageID #:1102