UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>LOCAL TV ADVERTISING ANTITRUST LITIGATION<br><br>*This Document Relates to All Actions* | MDL No. 2867<br>No. 18 C 6785<br><br>Honorable Virginia M. Kendall |

## JOINT STATUS REPORT

The Parties to this litigation respectfully submit this Joint Status Report in advance of the February 22, 2019 status hearing. The Parties will be prepared to discuss the following items:

<u>Proposed Case Schedule</u>: The Parties are currently negotiating a proposed case schedule. If agreement cannot be reached, the Parties will submit competing versions of a schedule by Wednesday, February 20, 2019 at 5:00 p.m. Central Time.

<u>Plaintiffs' Motion for Production of DOJ Documents</u>: Plaintiffs' Motion for Production of Documents Previously Produced to Department of Justice ("DOJ") was filed on February 11, 2019 (ECF No. 187) ("Motion for Production"). In accordance with the Notice of Motion filed on February 13, 2019 (ECF No. 189), the Motion for Production is scheduled for presentment on February 22, 2019, the date of the Status Hearing. In short, the Parties disagree as to whether Defendants should produce documents, prior to Plaintiffs' forthcoming amended complaint, which were previously produced to the Antitrust Division of the DOJ.

The Parties look forward to discussing the above items with the Court at the status hearing. The Parties are, of course, available to discuss any additional issues into which the Court may wish to inquire.

Dated: February 19, 2019

Respectfully submitted,

/s/ Megan E. Jones
**HAUSFELD LLP**
Megan E. Jones
600 Montgomery St., #3200
San Francisco, CA 94111
(415) 633-1908
mjones@hausfeld.com

*Lead Counsel*

/s/ Hollis Salzman
**ROBINS KAPLAN LLP**
Hollis Salzman
399 Park Avenue, Suite 3600
New York, New York
(415) 633-1908
mjones@hausfeld.com

*Plaintiffs' Steering Committee*

/s/ Kimberly A. Justice
**KESSLER TOPAZ MELTZER & CHECK, LLP**
Kimberly A. Justice
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
kjustice@ktmc.com

*Plaintiffs' Steering Committee*

/s/ Robert J. Wozniak
**FREED KANNER LONDON & MILLEN LLC**
Steven A. Kanner
Douglas A. Millen
Robert J. Wozniak
201 Waukegan Road, Suite 130
Bannockburn, IL 60015
(224) 632-4500
skanner@fklmlaw.com
dmillen@fklmlaw.com
rwozniak@fklmlaw.com

*Liaison Counsel*

/s/ Jay Cohen (with permission)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Jay Cohen (admitted *pro hac vice*)
William Michael (admitted *pro hac vice*)
Daniel H. Levi (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
jaycohen@paulweiss.com
wmichael@paulweiss.com
dlevi@paulweiss.com

Gerald P. Meyer
**MOLOLAMKEN LLP**
300 N. LaSalle St.
Chicago, IL 60654
(312) 450-6700
gmeyer@mololamken.com

*Counsel for Defendants Tribune Media Company and Tribune Broadcasting Company, LLC*

/s/ Ross B. Bricker (with permission)
**JENNER & BLOCK LLP**
Ross B. Bricker
Rachel S. Morse
Andrew Merrick
353 N. Clark St.
Chicago, IL 60654
(312) 222-9350
rbricker@jenner.com
rmorse@jenner.com
amerrick@jenner.com

*Counsel for Defendant TEGNA Inc.*

/s/ Jerome S. Fortinsky (with permission)
**SHEARMAN & STERLING LLP**
Jerome S. Fortinsky (admitted pro hac vice)
599 Lexington Avenue
New York, New York 10022-6069
(212) 848-4000
jfortinsky@shearman.com

2

Stephanie A. Scharf
**SCHARF BANKS MARMOR LLC**
333 West Wacker Drive, Suite 450
Chicago, IL 60606
(312) 726-6000
sscharf@scharfbanks.com

Brian Hauser
401 9th Street, N.W.
Suite 800
Washington, DC 20004-2128
(202) 508-8000
brian.hauser@shearman.com

*/s/ Gregory J. Scandaglia (with permission)*
**SCANDAGLIA RYAN LLP**
Gregory J. Scandaglia
55 E. Monroe Street, Suite 3440
Chicago, IL 60603
(312) 580-2020
gscandaglia@scandagliaryan.com

*Counsel for Defendant Sinclair Broadcast Group, Inc*

*/s/ Evan R. Chesler (with permission*)
A member of the firm
**CRAVATH SWAINE & MOORE LLP**
Evan R. Chesler (admitted *pro hac vice*)
Julie A. North (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
echesler@cravath.com
jnorth@cravath.com

Eva M. Saketkoo (admitted *pro hac vice*)
**HEARST CORPORATION**
300 West 57 Street, 40th Floor
New York, NY 10019
(212) 841-7000
esaketkoo@hearst.com

Natalie J. Spears
**DENTONS US LLP**
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
(212) 649-2046
natalie.spears@dentons.com

*Counsel for Defendant Hearst Television Inc.*

*/s/ Eliot A. Adelson (with permission)*
**KIRKLAND & ELLIS LLP**

3

Eliot A. Adelson (admitted *pro hac vice*)
555 California Street, 29th Floor
San Francisco, CA 94104
(415) 439-1400
eliot.adelson@kirkland.com

James H. Mutchnik
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
james.mutchnik@kirkland.com

*Counsel for Defendant Nexstar Media Group, Inc.*

 */s/ Mazda K. Antia (with permission)*
**COOLEY LLP**
Mazda K. Antia (admitted *pro hac vice*)
4401 Eastgate Mall
San Diego, CA 92121
(858) 550-6400
mantia@cooley.com

John C. Dwyer (admitted *pro hac vice*)
3175 Hanover Street
Palo Alto, CA 94304-1130
(650) 843-5228
dwyerjc@cooley.com

Beatriz Mejia (admitted *pro hac vice*)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
(415) 693-2145
mejiab@cooley.com

*Counsel for Defendant Gray Television, Inc.*