# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: Local TV Advertising Antitrust Litigation | MDL No. 2867 |
| | No. 18 C 6785 |
| This Document Relates to: | Judge Virginia M. Kendall |
| *The Barnes Firm L.C. v. Hearst Communications, Inc. et al.* | No. 18 C 6500 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

Pursuant to Federal Rule 41(a)(1), Plaintiff The Barnes Firm L.C. hereby voluntarily dismisses the above-identified civil action without prejudice. The putative class will continue to be represented and prosecute the action on behalf of class members.

Dated: March 20, 2019

Respectfully submitted,

/s/ Daniel J. Mogin
Daniel J. Mogin (CA Bar No. 95624)
Jennifer M. Oliver (CA Bar No. 311196)
Jodie M. Williams (CA Bar No. 247848)
MOGINRUBIN LLP
600 West Broadway, Suite 3300
San Diego, CA 92101
(619) 687-6611
dmogin@moginrubin.com
joliver@moginrubin.com
jwilliams@moginrubin.com

*Attorneys for Plaintiff, The Barnes Firm, L.C.*