**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: LOCAL TV ADVERTISING ANTITRUST LITIGATION<br><br>*This Document Relates to All Actions* | MDL No. 2867<br>No. 18 C 6785<br><br>Honorable Virginia M. Kendall |

**DEFENDANT DREAMCATCHER BROADCASTING LLC'S CORPORATE
<u>DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES</u>**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Dreamcatcher Broadcasting LLC states that it is a limited liability company with no publicly held affiliates.

Dated: April 24, 2019

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:  /s/ Jay Cohen

Jay Cohen (admitted *pro hac vice*)
William Michael (admitted *pro hac vice*)
Daniel H. Levi (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990
jaycohen@paulweiss.com
wmichael@paulweiss.com
dlevi@paulweiss.com

*Counsel for Defendant Dreamcatcher Broadcasting LLC*

**CERTIFICATE OF SERVICE**

      I, Jay Cohen, certify that on April 24, 2019, I caused the foregoing Corporate Disclosure Statement and Notification as to Affiliates to be served on all counsel of record listed via the Court's ECF system.

      /s/ Jay Cohen