**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE:<br><br>LOCAL TV ADVERTISING ANTITRUST LITIGATION<br><br>*This Document Relates to All Actions* | MDL No. 2867<br>No. 18 C 6785<br><br>Honorable Virginia M. Kendall<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

Defendants Dreamcatcher Broadcasting LLC ("Dreamcatcher"), Gray Television, Inc. ("Gray TV"), Griffin Communications, LLC ("Griffin"), Meredith Corporation ("Meredith"), Nexstar Media Group, Inc. ("Nexstar"), Raycom Media, Inc. ("Raycom"), Sinclair Broadcast Group, Inc. ("Sinclair"), Tribune Broadcasting Company, LLC ("Tribune Broadcasting"), and Tribune Media Company ("Tribune Media, and collectively with Tribune Broadcasting, "Tribune") move pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss with prejudice the Consolidated Amended Antitrust Class Action Complaint ("Complaint") of Plaintiffs Thoughtworx, Inc. d/b/a MCM Services Group ("Thoughtworx") and One Source Heating & Cooling, LLC ("One Source"). In support of this motion, Defendants hereby adopt and expressly incorporate their Memorandum in Support of this Motion to Dismiss. Additionally, Defendants request the opportunity to present oral argument on this motion.

Dated:  June 5, 2019

*/s/ Jay Cohen*
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Jay Cohen (admitted *pro hac vice*)
William Michael (admitted *pro hac vice*)
Daniel H. Levi (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019-6064
 (212) 373-3000
jaycohen@paulweiss.com
wmichael@paulweiss.com
dlevi@paulweiss.com

**MOLOLAMKEN LLP**
Gerald P. Meyer
300 N. LaSalle St. Chicago, IL 60654
(312) 450-6700
gmeyer@mololamken.com

*Counsel for Defendants Dreamcatcher Broadcasting LLC, Tribune Media Company and Tribune Broadcasting Company, LLC*

*/s/ Eliot A. Adelson (with permission)*
**KIRKLAND & ELLIS LLP**
Eliot A. Adelson (admitted *pro hac vice*)
Jacob H. Johnston (admitted *pro hac vice*)
555 California Street, 29th Floor
San Francisco, CA 94104
(415) 439-1400
eliot.adelson@kirkland.com
jacob.johnston@kirkland.com

James H. Mutchnik
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
james.mutchnik@kirkland.com

*Counsel for Defendant Nexstar Media Group, Inc.*

Respectfully submitted,

*/s/ Jerome S. Fortinsky (with permission)*
**SHEARMAN & STERLING LLP**
Jerome S. Fortinsky (admitted *pro hac vice*)
599 Lexington Avenue
New York, New York 10022-6069
(212) 848-4000
jfortinsky@shearman.com

Brian Hauser
401 9th Street,
N.W. Suite 800
Washington, DC 20004-2128
(202) 508-8000
brian.hauser@shearman.com

*/s/ Gregory J. Scandaglia (with permission)*
**SCANDAGLIA RYAN LLP**
Gregory J. Scandaglia
55 E. Monroe Street, Suite 3440
Chicago, IL 60603
(312) 580-2020
gscandaglia@scandagliaryan.com

*Counsel for Defendant Sinclair Broadcast Group, Inc.*

/s/ John C. Dwyer (with permission)
**COOLEY LLP**
Mazda K. Antia (admitted *pro hac vice*)
4401 Eastgate Mall
San Diego, CA 92121
(858) 550-6400
mantia@cooley.com

John C. Dwyer (admitted *pro hac vice*)
3175 Hanover Street
Palo Alto, CA 94304-1130
(650) 843-5228
dwyerjc@cooley.com

Beatriz Mejia (admitted *pro hac vice*)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
(415) 693-2145
mejiab@cooley.com

*Counsel for Defendants Gray Television, Inc. and Raycom Media, Inc.*

/s/ David E. Mills (with permission)
**COOLEY LLP**
David E. Mills (admitted *pro hac vice*)
M. Howard Morse (admitted *pro hac vice*)
Deepti Bansal (admitted *pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
(202) 776-2865
dmills@cooley.com
dbansal@cooley.com
hmorse@cooley.com

**SAUL EWING ARNSTEIN & LEHR LLP**
James A. Morsch
161 North Clark, Suite 4200
Chicago, IL 60601
(312) 876-7100
jim.morsch@saul.com

*Counsel for Meredith Corporation*

/s/ Jennifer K. Schwab
**HONIGMAN LLP**
David A. Ettinger (admitted *pro hac vice*)
2290 First National Building
660 Woodward Ave.
Detroit, MI 48226
(313) 465-7368
dettinger@honigman.com

Jennifer Katherine Schwab
155 North Wacker Drive
Suite 3100
Chicago, IL 60606
(312) 701-9353
jschwab@honigman.com

**MCAFEE & TAFT**
Mark Richard Mullins (admitted *pro hac vice*)
211 N. Robinson Ave.
10th Floor Two Leadership Square
Oklahoma City, OK 73102
(405) 552-2263
rick.mullins@mcafeetaft.com

*Counsel for Griffin Communications, LLC.*

## **CERTIFICATE OF SERVICE**

      I, Jay Cohen, certify that on June 5, 2019, I electronically caused the foregoing Defendants' Motion to Dismiss the Amended Complaint to be filed with the Clerk of the Court through the CM/ECF system, which will automatically send notifications of the filing to all counsel of record.

/s/ Jay Cohen