# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

In Re: Local TV Advertising Antitrust Litigation, et al.

        Plaintiff,

v.

Hearst Television Inc., et al.

        Defendant.

Case No.: 1:18−cv−06785

Honorable Virginia M. Kendall

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 10, 2019:

    MINUTE entry before the Honorable Virginia M. Kendall. Gray Television, Inc.'s Agreed Motion to respond to Plaintiffs' operative Complaint [264] is granted. Answer shall be due by 6/19/2019. Gray Television, Inc. will join in the joint brief to be filed by all defendants on June 5, 2019. In the event the parties cannot reach a resolution, Gray Television, Inc. will file its 5−page motion on this unique issue on June 19, 2019; Plaintiffs will file a 5−page opposition on August 21, 2019. No other deadlines, including the deadlines for the opposition and replybrief in opposition to and in support of the joint motion shall be altered. Motion hearing set for 6/17/2019 is stricken. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.