# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
### Eastern Division

In Re: Local TV Advertising Antitrust Litigation, et al.

                Plaintiff,

v.                  Case No.: 1:18−cv−06785

                Honorable Virginia M. Kendall

Hearst Television Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 27, 2019:

    MINUTE entry before the Honorable Virginia M. Kendall. Joint Motion by Plaintiffs and Katz Media Group, Inc. to set briefing schedule [311] is granted. Katz Media Group, Inc.'s Motion to Dismiss shall be filed by 11/8/2019. Response due by 1/7/2020 and shall not exceed 15 pages. Reply due by 2/7/2020 and shall not exceed 7.5 pages. Motion hearing set for 10/3/2019 is stricken. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.