**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: LOCAL TV ADVERTISING ANTITRUST LITIGATION | Master Docket No. 18 C 06785<br><br>MDL No. 2867<br><br>Honorable Virginia M. Kendall<br><br>**ORAL ARGUMENT REQUESTED** |

**KATZ MEDIA GROUP, INC.'S MOTION TO DISMISS THE CONSOLIDATED SECOND AMENDED ANTITRUST CLASS ACTION COMPLAINT**

Defendant Katz Media Group, Inc. moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss with prejudice the Consolidated Second Amended Antitrust Class Action Complaint. Katz asks the Court to dismiss the complaint on two grounds – because it fails to state a claim for the reasons provided by the broadcaster defendants in their separate motion and supporting memorandum, ECF Nos. 328 and 329, and because Katz is not liable as an agent under *American Needle, Inc. v. National Football League*, 560 U.S. 183 (2010). The second ground for dismissal is briefed in the attached memorandum, which the Court permitted to be filed in its minute entry dated Sept. 27, 2019, ECF No. 313. Katz requests the opportunity to present oral argument on this motion.

| | |
|---|---|
| Dated: November 8, 2019 | Respectfully submitted.<br><br>*/s/ John Thorne*<br>John Thorne (Illinois Bar No. 6181458)<br>KELLOGG, HANSEN, TODD,<br>  FIGEL & FREDERICK, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036-3215<br>Tel: (202) 326-7900<br>Fax: (202) 326-7999<br>jthorne@kellogghansen.com |

1

Michelle R. Valencic (Illinois Bar No. 6244041)
CLAUSEN MILLER, P.C.
10 S. LaSalle Street, Suite 1600
Chicago, IL 60603-1098
Tel: (312) 855-1010
Fax: (312) 606-7777
mvalencic@clausen.com

*Counsel for Defendant Katz Media Group, Inc.*

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2019, the foregoing document was filed electronically through the Court's Electronic Case Filing System. Service of this document is being made upon all counsel of record in this case by the Notice of Electronic Filing issued through the Court's Electronic Case Filing System on this date.

*/s/ John Thorne*
John Thorne
