# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
### Eastern Division

In Re: Local TV Advertising Antitrust Litigation, et al.

                                          Plaintiff,

v.                                          Case No.: 1:18−cv−06785

                                          Honorable Virginia M. Kendall

Hearst Television Inc., et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 6, 2020:

      MINUTE entry before the Honorable Virginia M. Kendall. Status hearing set for 1/15/2020 at 9:00 AM. The Court previously appointed lead counsel and other leadership roles in this case. See Dkt. [170]. Those appointments were made for a one−year period and are set to expire. The parties should come to the hearing prepared to discuss their positions on whether changes should be made or whether the current appointments may stand. If the parties do not wish to change the current appointments and otherwise have no objections, they may reach out to the Courtroom Deputy to strike the hearing date. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.