**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: LOCAL TV ADVERTISING ANTITRUST LITIGATION | MDL No. 2867<br><br>Master Docket No. 18 C 6785<br><br>Honorable Virginia M. Kendall |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Wednesday, March 4, 2020, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable Virginia M. Kendall, or any judge sitting in her stead, in Courtroom 2503 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, to present the attached **Motion For Leave To Withdraw Appearance**, a copy of which is hereby served upon you.

Dated: February 26, 2020

Respectfully submitted,

By: /s/ Rachel S. Morse

Ross B. Bricker
Andrew F. Merrick
Rachel S. Morse
**JENNER & BLOCK LLP**
353 N. Clark St.
Chicago, IL 60654
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
Email: rbricker@jenner.com
amerrick@jenner.com
rmorse@jenner.com

*Counsel for Defendant TEGNA Inc.*