**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>LOCAL TV ADVERTISING ANTITRUST LITIGATION<br><br>*This Document Relates to All Actions* | MDL No. 2867<br>No. 18-cv-6785<br><br>Hon. Virginia M. Kendall |

**THE NEXSTAR DEFENDANTS'
AGREED EMERGENCY MOTION FOR EXTENSION OF TIME TO ANSWER
CONSOLIDATED SECOND AMENDED ANTITRUST CLASS ACTION COMPLAINT**

Defendants Nexstar Media Group, Inc.; Dreamcatcher Broadcasting, LLC; Tribune Broadcasting Company, LLC; and Tribune Media Company ("Nexstar Defendants"), by their undersigned counsel, and for their Agreed Emergency Motion for Extension of Time to Answer Plaintiffs' Consolidated Second Amended Antitrust Class Action Complaint, state as follows:

1. On September 9, 2019, Plaintiffs filed their Consolidated Second Amended Antitrust Class Action Complaint ("Complaint") against Defendants. D.E. 292.

2. On October 8, 2019, Defendants filed a motion to dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(6). D.E. 328, 329. Plaintiffs filed their Opposition to Defendants' motion on November 22, 2019, D.E. 348, 349, and Defendants filed their Reply on December 20, 2019. D.E. 350, 351.

3. On November 6, 2020, the Court denied Defendants' motion to dismiss Plaintiffs' Complaint. DE 392.

4. On November 13, 2020, Defendants requested an extension of 20 days, through and including December 10, 2020, to answer the Complaint. D.E. 394. This Court granted that

motion on November 17, 2020. D.E. 398. Accordingly, Defendants' answer is currently due on December 10, 2020.

5. On December 8, 2020, the Nexstar Defendants' counsel was informed that their client's point of contact on this litigation has had a personal emergency and will be unable to approve the answer for filing by December 10, 2020.

6. The undersigned counsel conferred with counsel for Plaintiffs, and have been advised that Plaintiffs agree to the requested extension.

7. This is the Nexstar Defendants' second request for an extension to answer the Complaint.

WHEREFORE, the Nexstar Defendants respectfully request this Court enter an order granting them an extension of time of seven (7) days, through and including December 17, 2020, to answer Plaintiffs' Complaint.

Dated: December 8, 2020 　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Eliot A. Adelson*
　　　　　　　　　　　　　　　　　　**MORRISON & FOERSTER**
　　　　　　　　　　　　　　　　　　Eliot A. Adelson (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　425 Market Street
　　　　　　　　　　　　　　　　　　San Francisco, CA 94105-2482
　　　　　　　　　　　　　　　　　　(415) 268-7000
　　　　　　　　　　　　　　　　　　eadelson@mofo.com

　　　　　　　　　　　　　　　　　　Megan Gerking (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　2000 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　　　　　　(202) 907-3717
　　　　　　　　　　　　　　　　　　mgerking@mofo.com

　　　　　　　　　　　　　　　　　　**MOLOLAMKEN LLP**
　　　　　　　　　　　　　　　　　　Gerald P. Meyer
　　　　　　　　　　　　　　　　　　300 N. LaSalle St. Chicago, IL 60654
　　　　　　　　　　　　　　　　　　(312) 450-6700
　　　　　　　　　　　　　　　　　　gmeyer@mololamken.com

　　　　　　　　　　　　　　　　　　*Counsel for Defendants Nexstar Media Group, Inc.; Dreamcatcher Broadcasting, LLC; Tribune Media Company; and Tribune Broadcasting Company, LLC*

4

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on December 8, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will provide notice to all counsel of record.

                                                                */s/ Gerald P. Meyer*
                                                                     Gerald P. Meyer