UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

In Re: Local TV Advertising Antitrust Litigation, et al.

Plaintiff,

v.

Case No.: 1:18−cv−06785

Honorable Virginia M. Kendall

Hearst Television Inc., et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 19, 2021:

MINUTE entry before the Honorable Virginia M. Kendall. Plaintiffs' Motion for reappointment of Lead Counsel, Plaintiffs' Steering Committee, and Liason Counsel, and Substitution of on Steering Committee Member [433] is granted. Megan E. Jones of Hausfeld LLP is reappointed as Lead Counsel, Kimberly A. Justice of Freed Kanner London & Millen LLC is reappointed as a member of the Plaintiffs' Steering Committee, Meegan Hollywood of Robins Kaplan LLP is substituted as a member of the Plaintiffs' Steering Committee in place of the late Hollis Salzman of Robins Kaplan LLP, and Freed Kanner London & Millen LLC is reappointed as Liaison Counsel. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.