# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In Re: Local TV Advertising Antitrust Litigation

Case Number: 1:18-cv-6785

An appearance is hereby filed by the undersigned as attorney for:

One Source Heating & Cooling, LLC; Thoughtworx, Inc. d/b/a MCM Services Group

Attorney name (type or print): Nathaniel C. Giddings

Firm: Hausfeld LLP

Street address: 888 16th Street, NW, Suite 300

City/State/Zip: Washington, DC

Bar ID Number: 6306015
(See item 3 in instructions)

Telephone Number: (202) 540-7200

Email Address: ngiddings@hausfeld.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
    If appointed counsel, are you
    ☐ Federal Defender
    ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 12, 2021

Attorney signature: S/ Nathaniel C. Giddings
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015