# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

In Re: Local TV Advertising Antitrust Litigation, et al.

                Plaintiff,

v.

                Case No.: 1:18−cv−06785

                Honorable Virginia M. Kendall

Hearst Television Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 21, 2021:

  MINUTE entry before the Honorable Virginia M. Kendall. Status hearing set for 7/12/2021 at 10:00 AM stands and will proceed via Video Conference. Counsel of record shall appear via video. Prior to the hearing, you are directed to click on this hyper link: https://us−courts.webex.com/join/virginia_kendalli lnd.uscourts.gov. Members of the public and media will be able to call in to listen to this hearing. The call−in number is 1−650−479−3207 and the call−in Access Code is 180 698 4009. Any party calling in is reminded to please mute their phones/devices.Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.