# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

In Re: Local TV Advertising Antitrust Litigation, et al.

                        Plaintiff,

v.                               Case No.: 1:18−cv−06785

                              Honorable Virginia M. Kendall

Hearst Television Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 10, 2021:

      MINUTE entry before the Honorable Virginia M. Kendall. Status hearing set for 10/18/2021 at 10:00 AM which will proceed via Video Conference. Members of the public and media will be able to call in to listen to this hearing. The call−in number is 1−650−479−3207 and the call−in Access Code is 180 698 4009. Any party calling in is reminded to please mute their phones/devices. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.