## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In Re: Local TV Advertising Antitrust Litigation

Case Number: 1:18-cv-6785

An appearance is hereby filed by the undersigned as attorney for:

One Source Heating & Cooling, LLC; Thoughtworx, Inc. d/b/a MCM Services Group

Attorney name (type or print): Amy L. Marino

Firm: Marino Law, PLLC

Street address: 709 Ogden Ave.

City/State/Zip: Clearfield, PA 16830

Bar ID Number: P76998
(See item 3 in instructions)

Telephone Number: (248) 797-9944

Email Address: amy@marinopllc.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | X |
| Are you acting as local counsel in this case? | | X |
| Are you a member of the court's trial bar? | | X |
| If this case reaches trial, will you act as the trial attorney? | | X |

If this is a criminal case, check your status.
- [ ] Retained Counsel
- [ ] Appointed Counsel
  If appointed counsel, are you
  - [ ] Federal Defender
  - [ ] CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 8, 2021

Attorney signature: S/ *Amy L. Marino*
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015