IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: LOCAL TV ADVERTISING ANTITRUST LITIGATION<br><br>*This document applies to all actions.* | Master Docket No. 18-06785<br><br>MDL No. 2867<br><br>The Honorable Judge Virginia M. Kendall |

**NOTICE OF MOTION FOR LEAVE TO FILE PLAINTIFFS' MOTION TO COMPEL DEFENDANT NEXSTAR TO PRODUCE DOCUMENTS IDENTIFIED BY CERTAIN PROPOSED SEARCH TERMS UNDER SEAL**

PLEASE TAKE NOTICE that on Tuesday, September 21, 2021, at 9:00 a.m., the undersigned counsel will appear telephonically before the Honorable Virginia M. Kendall, or any judge sitting in her stead, and present their Motion for Leave to File Plaintiffs' Motion to Compel Defendant Nexstar to Produce Documents Identified by Certain Proposed Search Terms Under Seal.

Dated: September 15, 2021

Respectfully submitted,

*/s/ Robert J. Wozniak*
**FREED KANNER LONDON & MILLEN LLC**
Robert J. Wozniak
Steven A. Kanner
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
(224) 632-4500
skanner@fklmlaw.com
rwozniak@fklmlaw.com

*Plaintiffs' Liaison Counsel*

**HAUSFELD LLP**
Megan E. Jones (admitted *pro hac vice*)
600 Montgomery St. #3200
San Francisco, CA 94111
(415) 633-1908
mjones@hausfeld.com

Hilary K. Scherrer (admitted *pro hac vice*)
Nathaniel C. Giddings (admitted *pro hac vice*)
888 16th Street, N.W., Suite 300
Washington, DC 20006
hscherrer@hausfeld.com
ngiddings@hausfeld.com

*Plaintiffs' Lead Counsel*

**ROBINS KAPLAN LLP**
Meegan Hollywood (admitted *pro hac vice*)
Matthew J. Geyer
399 Park Avenue, Suite 3600
New York, NY 10022
(212) 980-740
mhollywood@robinskaplan.com
mgeyer@robinskaplan.com

*Plaintiffs' Steering Committee*

**FREED KANNER LONDON & MILLEN LLC**
Kimberly A. Justice
923 Fayette Street
Conshohocken, PA 19428
(610) 234-6487
kjustice@fklmlaw.com

*Plaintiffs' Steering Committee*

**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (admitted *pro hac vice*)
Anne K. Davis (admitted *pro hac vice*)
555 12th Street, Suite 1600
Oakland, CA 94607
(415) 445-4006
lweaver@bfalaw.com
adavis@bfalaw.com

*Additional Plaintiffs' Counsel*