**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: LOCAL TV ADVERTISING ANTITRUST LITIGATION | MDL No. 2867<br>No. 18 C 6785<br><br>Honorable Virginia M. Kendall |

**MOTION TO WITHDRAW APPEARANCE OF DANIEL PATRICK HUYETT**

Pursuant to Local Rule 83.17, Plaintiff Thoughtworx, Inc., by and through its undersigned counsel, respectfully requests that the appearance of Daniel Patrick Huyett of the law firm Freed Kanner London & Millen LLC be withdrawn in this matter. In support of this Motion, undersigned counsel states:

1. Plaintiff will continue to be represented by other attorneys with appearances previously on file in this matter, including Kimberly A. Justice of Freed Kanner London & Millen LLC.

2. This Motion is not being made for the purpose of causing any delay, and Plaintiff will not be prejudiced by undersigned counsel's withdrawal.

WHEREFORE, undersigned counsel respectfully requests that the appearance of Daniel Patrick Huyett be withdrawn in this matter.

Dated: October 15, 2021                              Respectfully submitted,

/s/ D. Patrick Huyett
D. Patrick Huyett
**Freed Kanner London & Millen LLC**
923 Fayette Street
Conshohocken, PA 19428
Tel: 610.234.6734
phuyett@fklmlaw.com

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion to Withdraw Appearance of Daniel Patrick Huyett was served on counsel of record via the CM/ECF system of the United States District Court for the Northern District of Illinois on October 15, 2021.

                                                               */s/ D. Patrick Huyett*
                                                               D. Patrick Huyett