**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: LOCAL TV ADVERTISING ANTITRUST LITIGATION | MDL No. 2867<br>No. 18 C 6785<br><br>Honorable Virginia M. Kendall |

**NOTICE OF MOTION TO WITHDRAW APPEARANCE OF
DANIEL PATRICK HUYETT**

PLEASE TAKE NOTICE that on October 28, 2021, at 9:00 a.m., or as soon thereafter as counsel may be heard, Daniel Patrick Huyett shall appear before the Honorable Virginia M. Kendall, or any other judge sitting in her stead in Room 2319 of the United States District Court for the Northern District of Illinois, Eastern Division, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the Motion to Withdraw Appearance of Daniel Patrick Huyett.

Dated: October 15, 2021

Respectfully submitted,

*/s/ D. Patrick Huyett*
D. Patrick Huyett
**Freed Kanner London & Millen LLC**
923 Fayette Street
Conshohocken, PA 19428
Tel: 610.234.6734
phuyett@fklmlaw.com

1

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Motion to Withdraw Appearance of Daniel Patrick Huyett was served on counsel of record via the CM/ECF system of the United States District Court for the Northern District of Illinois on October 15, 2021.

                                                                      */s/ D. Patrick Huyett*
                                                                      D. Patrick Huyett