

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name

Firm

Street Address

City/State/Zip Code

Phone Number

Email address

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| **Case Number** | **Case Title** | **Assigned Judge** |
|---|---|---|
| | In Re: Local TV Advertising Antitrust Litigation | |
| | | |
| | | |
| | | |
| | | |
| | | |

_____       _____
Signature of Attorney                                                Date

Rev. 01272016