# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In Re: Local TV Advertising Antitrust Litigation

Case Number: 1:18-cv-06785

An appearance is hereby filed by the undersigned as attorney for:

Plaintiffs

Attorney name (type or print): Rachel E. Kopp

Firm: Spector Roseman & Kodroff, P.C.

Street address: 2001 Market Street, Suite 3420

City/State/Zip: Philadelphia, PA  19103

Bar ID Number: 92070-PA; 02347-2003-NJ
(See item 3 in instructions)

Telephone Number: 215-496-0300

Email Address: rkopp@srkattorneys.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✔ |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | | ✔ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 2, 2021

Attorney signature: S/ Rachel E. Kopp

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015