**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: LOCAL TV ADVERTISING | ) | MDL No. 2867 |
| ANTITRUST LITIGATION | ) | Case No. 1:18-cv-06785 |
| | ) | |
| | ) | Honorable Virginia M. Kendall |
| | ) | |

**MOTION TO WITHDRAW APPEARANCES OF PETER A. SILVERMAN**

Pursuant to Local Rule 83.17, Defendant Gray Television, Inc. ("Gray Television"), by and through its undersigned counsel, respectfully requests that the appearance of Peter A. Silverman of the law firm Figliulo & Silverman, P.C. be withdrawn in this matter. In support of this Motion, undersigned counsel states:

1. Gray Television will continue to be represented by other attorneys with appearances previously on file in this matter.

2. This Motion is not being made for the purpose of causing any delay, and Gray Television will not be prejudiced by undersigned counsel's withdrawal.

WHEREFORE, undersigned counsel respectfully requests that the appearance of Peter A. Silverman be withdrawn from this matter.

Dated: February 4, 2022   Respectfully submitted,

/s/ *Peter A. Silverman*
Peter A. Silverman (IL Bar No. 6196081)
psilverman@fslegal.com

Figliulo & Silverman, P.C.
10 South LaSalle Street, Suite 3600
Chicago, IL 60603
Phone: (312) 251-4600
Fax:   (312) 251-4610

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he caused a copy of the attached **MOTION TO WITHDRAW APPEARANCE OF PETER A. SILVERMAN** to be electronically filed with the Clerk of the Court on February 4, 2022. Notice of this filing will be served upon counsel of record via Electronic Notification by the District Court's ECF Filing System.

    /s/ Peter A. Silverman