UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>LOCAL TV ADVERTISING ANTITRUST LITIGATION<br><br>*This Document Relates to All Actions* | MDL No. 2867<br>No. 18 C 6785<br><br>Honorable Virginia M. Kendall<br><br>**ORAL ARGUMENT REQUESTED** |

## DEFENDANT SHAREBUILDERS, INC.'S MOTION TO DISMISS CONSOLIDATED THIRD AMENDED ANTITRUST CLASS ACTION COMPLAINT

Defendant ShareBuilders, Inc. moves to dismiss the Consolidated Third Amended Antitrust Class Action Complaint for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support of the motion, ShareBuilders, Inc. relies on the accompanying memorandum of law.

WHEREFORE, ShareBuilders, Inc. respectfully requests that this Court grant its motion to dismiss and enter an Order dismissing the claims against it with prejudice.

April 15, 2022                              Respectfully submitted,

                                            HEPLERBROOM LLC

                                            /s/ *Glenn E. Davis*
                                            Glenn E. Davis  (Lead Counsel)    #6184597
                                            Charles N. Insler                 #6291652
                                            HeplerBroom LLC
                                            One Metropolitan Square
                                            211 N. Broadway, Suite 2700
                                            St. Louis, MO  63102
                                            Phone: (314) 241-6160
                                            Fax: (314) 241-6116
                                            glenn.davis@heplerbroom.com
                                            charles.insler@heplerbroom.com

                                            *Counsel for ShareBuilders, Inc.*


## CERTIFICATE OF SERVICE

    I, Glenn E. Davis, certify that on April 15, 2022, I caused the foregoing Motion to Dismiss to be filed and served on all counsel of record via Court's ECF system.


                                            */s/ Glenn E. Davis*