IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: LOCAL TV ADVERTISING ANTITRUST LITIGATION<br><br>*This document applies to all actions.* | Master Docket No. 18-06785<br><br>MDL No. 2867<br><br>The Honorable Judge Virginia M. Kendall |

### STIPULATION AND SCHEDULING ORDER

Plaintiffs and Defendant ShareBuilders, Inc., acting through their undersigned counsel, hereby stipulate as follows:

WHEREAS, ShareBuilders, Inc. filed a Motion to Dismiss for Failure to State a Claim ("Motion to Dismiss") (ECF Nos. 588/589) on April 15, 2022.

WHEREAS, the Parties believe the interest of justice would best and most efficiently be served by the entry of an order establishing a briefing schedule.

Accordingly, the Parties hereby STIPULATE to and respectfully request entry of the following schedule:

1. Plaintiffs' opposition to the ShareBuilders, Inc. Motion to Dismiss shall be due on May 16, 2022.

2. ShareBuilders, Inc.'s reply in further support of its Motion to Dismiss shall be due on May 31, 2022.

ORDERED

Dated: April 21, 2022

_____
Honorable Virginia M. Kendall
United States District Court Judge

Dated: April 20, 2022                                              Respectfully submitted,

                                                                                         */s/ Megan E. Jones*
Megan E. Jones*
**HAUSFELD LLP**
600 Montgomery St., #3200
San Francisco, CA 94111
(415) 633-1908
mjones@hausfeld.com

Michael D. Hausfeld*
Hilary K. Scherrer*
Nathaniel C. Giddings*
Farhad Mirzadeh*
**HAUSFELD LLP**
888 16th Street NW, Suite 300
Washington, DC 20006
(202) 540-7200
mhausfeld@hausfeld.com
hscherrer@hausfeld.com
mcoolidge@hausfeld.com
fmirzadeh@hausfeld.com

Gary I. Smith, Jr.*
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Tel: (215) 985-3270
Fax: (215) 985-3271
gsmith@hausfeld.com
tfreilich@hausfeld.com

*Lead Class Counsel*

Meegan Hollywood*
Matthew J. Geyer*
**ROBINS KAPLAN LLP**
399 Park Avenue, Suite 3600
New York, NY 10022
Tel: (212) 980-740
Fax: (212) 980-7499
mhollywood@robinskaplan.com
mgeyer@robinskaplan.com

Kimberly A. Justice
**FREED KANNER LONDON
 & MILLEN LLC**
923 Fayette Street
Conshohocken, PA 19428
Tel: (610) 234-6487
Fax: (224) 632-4521
kjustice@fklmlaw.com

*Plaintiffs' Steering Committee*

Steven A. Kanner
Robert J. Wozniak
**FREED KANNER LONDON
 & MILLEN LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
skanner@fklmlaw.com
rwozniak@fklmlaw.com

*Liaison Counsel*


*/s/ Glenn E. Davis*
Glenn E. Davis
HeplerBroom LLC
211 North Broadway, Suite 2700
St. Louis, MO 63102
Tel. (314) 480-4154

*Counsel for ShareBuilders, Inc.*