# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

In Re: Local TV Advertising Antitrust Litigation, et al.

Plaintiff,

v.

Case No.: 1:18−cv−06785
Honorable Virginia M. Kendall

Hearst Television Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 26, 2022:

MINUTE entry before the Honorable Virginia M. Kendall. Webex Motion hearing held on 7/26/2022. Oral argument heard regarding Motions to Compel [649] and [652]. Briefing schedule set as to Motions. Responses due by 8/9/2022; Replies due by 8/16/2022. Status hearing set for 8/29/2022 at 10:00 AM. Status hearing set for 8/11/2022 is stricken. The Parties shall inform the Court by 8/16/2022 as to whether hearing will proceed via Webex or In Court. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.