# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

In Re: Local TV Advertising Antitrust Litigation, et al.

                       Plaintiff,

v.                            Case No.: 1:18−cv−06785
                                     Honorable Virginia M. Kendall

Hearst Television Inc., et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 2, 2022:

      MINUTE entry before the Honorable Virginia M. Kendall. Joint Motion by Raycom Media, Inc. and Plaintiffs to set a briefing schedule [662] is granted. Raycom Media, Inc.'s Response to Plaintiffs' Motion to Compel is due on 8/12/2022; Plaintiffs' Reply is due on 8/22/2022; and nothing in this Order shall extend or alter any other deadlines in this action. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.