**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: LOCAL TV ADVERTISING ANTITRUST LITIGATION | MDL No. 2867<br>No. 18 C 6785<br><br>Hon. Virginia M. Kendall |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17, Plaintiff Kevin Forbes ("Plaintiff"), by and through the undersigned counsel, respectfully requests that the appearance of Kristen M. Anderson of the law firm of Scott+Scott Attorneys at Law LLP, be withdrawn in this matter. In support of this Motion, counsel states as follows:

1. Plaintiff will continue to be represented by Christopher M. Burke, Walter W. Noss, Joseph P. Guglielmo, Amanda F. Lawrence, and Thomas K. Boardman, of the law firm of Scott+Scott Attorneys at Law LLP, and E. Kirk Wood of the Wood Law Firm, LLC.

2. This motion is not being made for the purpose of causing any undue delay in the administration of this matter, and the granting of this Motion will neither cause any undue delay nor prejudice to any party.

3. Plaintiff is aware of this Motion.

1

WHEREFORE, Plaintiff respectfully requests that the Court enter the attached proposed order and that the appearance of Kristen M. Anderson in this matter be withdrawn.

                                                      Respectfully submitted,

Dated: August 8, 2022                  s/ *Walter W. Noss*

Walter W. Noss
Christopher M. Burke
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
wnoss@scott-scott.com
cburke@scott-scott.com

Joseph P. Guglielmo
Kristen M. Anderson
Thomas K. Boardman
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
jguglielmo@scott-scott.com
kanderson@scott-scott.com
tboardman@scott-scott.com

Amanda Lawrence
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
alawrence@scott-scott.com

E. Kirk Wood
WOOD LAW FIRM, LLC
P. O. Box 382434
Birmingham, AL 35238-2434
Telephone: 205-908-4906
Facsimile: 866-747-3905
ekirkwood1@bellsouth.net

*Attorneys for Plaintiff Kevin Forbes*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Motion to Withdraw as Counsel was filed electronically with the Clerk of the Court using the CM/ECF system on this 8th day of August, 2022, and served electronically on all counsel of record.

                                            s/ *Walter W. Noss*
                                            WALTER W. NOSS