# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br>LOCAL TV ADVERTISING ANTITRUST<br>LITIGATION | MDL No. 2867<br>No. 18 C 6785<br><br>Honorable Virginia M. Kendall |

## DEFENDANTS' COMBINED NOTICE OF INTENT TO APPEAR

PLEASE TAKE NOTICE that, pursuant to the Minute Order entered by the Court following the hearing on July 26, 2022 [Dkt. 657], counsel for Defendant TEGNA Inc. intends to appear in person in courtroom 2503 at the Dirksen Federal Building for the hearing set for August 29, 2022 at 10 a.m. Some counsel for Defendants Meredith, Nexstar, Raycom, Scripps, ShareBuilders, and Sinclair likewise intend to appear in person. Counsel for Defendant Griffin and some counsel for Defendants Meredith, Nexstar, Raycom, Scripps, ShareBuilders, and Sinclair intend to appear via WebEx. We will immediately notify the Court and counsel for all parties of any changes in these plans.

Dated: August 16, 2022

By: */s/ Ross B. Bricker*
JENNER & BLOCK LLP
Ross B. Bricker (Ill. Bar No. 3126882)
John F. Ward, Jr. (Ill. Bar No. 6208004)
Shaun M. Van Horn (Ill. Bar No. 6297822)
353 N. Clark Street
Chicago, IL 60654-5474
(312) 222-9350
rbricker@jenner.com
jward@jenner.com
svanhorn@jenner.com

*Counsel for TEGNA Inc.*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on August 16, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will provide notice to all counsel of record.

                                                                  */s/* Ross B. Bricker
                                                                      Ross B. Bricker