IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: LOCAL TV ADVERTISING ANTITRUST LITIGATION | MDL No. 2867<br>Case No. 18-C-6785<br><br>Hon. Virginia M. Kendall |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the law firm of WEXLER BOLEY & ELGERSMA LLP, formerly WEXLER WALLACE LLP, has changed its mailing address to the following:

WEXLER BOLEY & ELGERSMA LLP
311 S. Wacker Drive, Suite 5450
Chicago, IL 60606
TEL: (312) 346-2222
FAX: (312) 346-0022

DATED: August 16, 2022

*/s/ Kenneth A. Wexler*
Kenneth A. Wexler
Justin N. Boley
Bethany R. Turke
Tyler J. Story
**WEXLER BOLEY & ELGERSMA LLP**
311 S. Wacker Drive, Suite 5450
Chicago, IL 60606
Tel: 312-346-2222
kaw@wbe-llp.com
jnb@wbe-llp.com
brt@wbe-llp.com
tjs@wbe-llp.com

*Attorneys for Plaintiffs and the Proposed Class*