IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE: LOCAL TV ADVERTISING ANTITRUST LITIGATION**<br><br>*This document relates to all actions.* | Master Docket No. 18 C 06785<br><br>MDL No. 2867<br><br>Honorable Virginia M. Kendall |

**PARTIES' [PROPOSED] JOINT AGENDA FOR AUGUST 29, 2022 STATUS HEARING**

For the convenience of the Court, Plaintiffs and Defendants (the "Parties") submit this [Proposed] Joint Agenda for the August 29, 2022 status hearing. The Parties will be prepared to address the following topics, as well as any others that the Court may wish to raise:

**(1)   Pending Motions From The Court's July 26, 2022 Hearing Agenda**

    **A.**   Plaintiffs' Discovery Motion No. 1: Motion to Compel Nielsen and Sinclair (ECF No. 649)

    **B.**   Defendants' Motion to Compel Discovery (ECF No. 652)

    **C.**   Plaintiffs' Motion for an Extension of the Fact Discovery and Class Certification Deadlines (ECF No. 648)

**(2)   Additional Pending Motions**

    **A.**   ShareBuilders' Motion to Dismiss (ECF No. 588)

    **B.**   Sinclair's and Griffin's Motion for Partial Judgment on the Pleadings (ECF No. 638)

    **C.**   Deposition Protocol Disputes (ECF No. 647)

    **D.**   Plaintiffs' Discovery Motion No. 2: Motion to Compel Raycom to Add LaPlatney as a Custodian (ECF No. 656)

    **E.**   Plaintiffs' Discovery Motion No. 3: Motion to Compel Nexstar to Produce ShareBuilders Documents (ECF No. 674)

**F.** Plaintiffs' Discovery Motion No. 4: Motion to Compel Scripps, Nexstar, Tribune, and Sinclair to Respond to Interrogatory No. 2 (ECF No 677)

**G.** Plaintiffs' Discovery Motion No. 5: Motion to Compel Nexstar, Scripps, Raycom, and Tegna to Produce Antitrust/Business Compliance Documents (ECF No. 688)

Dated: August 17, 2022  Respectfully submitted,

/s/ *Megan E. Jones*
Megan E. Jones*
**HAUSFELD LLP**
600 Montgomery St. #3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
mjones@hausfeld.com

Michael D. Hausfeld*
Hilary K. Scherrer*
Nathaniel C. Giddings*
Farhad Mirzadeh*
In Kyung "Jane" Shin*
888 16th Street NW, Suite 300
Washington, DC 20006
(202) 540-7200
mhausfeld@hausfeld.com
hscherrer@hausfeld.com
ngiddings@hausfeld.com
fmirzadeh@hausfeld.com
jshin@hausfeld.com

*Lead Counsel for Plaintiffs*

Meegan Hollywood*
**ROBINS KAPLAN LLP**
1325 Avenue of the Americas, Suite 2600
New York, NY 10019
Tel: (212) 980-740
Fax: (212) 980-7499
mhollywood@robinskaplan.com

Kimberly A. Justice
**FREED KANNER LONDON & MILLEN LLC**
923 Fayette Street
Conshohocken, PA 19428
Tel: (610) 234-6487
Fax: (224) 632-4521
kjustice@fklmlaw.com

*Plaintiffs' Steering Committee*

Robert J. Wozniak
Steven A. Kanner
**FREED KANNER LONDON & MILLEN LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015

Stephanie A. Scharf
**SCHARF BANKS MARMOR LLC**
333 West Wacker Drive, Suite 450
Chicago, IL 60606
Tel: (312) 726-6000
sscharf@scharfbanks.com

---

* Admitted *pro hac vice*

3

Tel: (224) 632-4500
skanner@fklmlaw.com
rwozniak@fklmlaw.com

*Liaison Counsel for Plaintiffs*

*Additional Counsel for Plaintiffs and the Proposed Class*

**LATHAM & WATKINS LLP**
Jennifer L. Giordano (admitted *pro hac vice*)
Allyson M. Maltas (admitted *pro hac vice*)
555 11th Street NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200
Jennifer.Giordano@lw.com
Allyson.Maltas@lw.com

Nicholas J. Siciliano (Bar No. 6287387)
330 North Wabash Ave., Suite 2800
Chicago, IL 60611
(312) 876-7700
Nicholas.Siciliano@lw.com

Elyse M. Greenwald (admitted *pro hac vice*)
200 Clarendon St. 27th Floor
Boston, MA 02116
(617) 948-6000
Elyse.Greenwald@lw.com

*Counsel for Defendant Cox Media Group LLC*

**HONIGMAN LLP**
David A. Ettinger (admitted *pro hac vice*)
2290 First National Building
660 Woodward Ave.
Detroit, MI 48226
(313) 465-7368
dettinger@honigman.com

**MCAFEE & TAFT**
Mark Richard Mullins (admitted *pro hac vice*)
211 N. Robinson Ave., 10th Floor
Two Leadership Square
Oklahoma City, OK 73102
(405) 552-2263
rick.mullins@mcafeetaft.com

*Counsel for Defendant Griffin Communications, LLC*

**BAKER & HOSTETLER LLP**
Lee H. Simowitz (admitted *pro hac vice*)
Gregory J. Commins, Jr. (admitted *pro hac vice*)
1050 Connecticut Avenue, NW
Suite 11000
Washington, D.C. 20036-5304
(202) 861-1500
lsimowitz@bakerlaw.com
gcommins@bakerlaw.com

John M. Touhy (Bar No. 3128400)
One North Wacker Drive, Suite 4500
Chicago, IL 60606-1901
(312) 416-6200
jtouhy@bakerlaw.com

*Counsel for Defendant the E.W. Scripps Company*

**COOLEY LLP**
David E. Mills (pro hac vice)
(dmills@cooley.com)
Deepti Bansal (pro hac vice)
(dbansal@cooley.com)
J. Parker Erkmann (pro hac vice)
(perkmann@cooley.com)
1299 Pennsylvania Ave., NW, Suite 700
Washington, DC 20004
Tel.: (202) 842-7800
Fax: (202) 842-7899

Beatriz Mejia (pro hac vice)
(mejiab@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Tel.: (415) 693-2000
Fax: (415) 693-2222

Mazda K. Antia (pro hac vice)
(mantia@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Tel.: (858) 550-6000
Fax: (858) 550-6420

5

Alexander G. Galicki (pro hac vice)
(agalicki@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Tel.: (310) 883-6400
Fax: (310) 883-6500

Matthew L. Kutcher (SBN: 6275320)
(mkutcher@cooley.com)
444 W. Lake Street, Suite 1700
Chicago, IL 60606
Tel.: (312) 881-6500
Fax: (312) 881-6598

*Counsel for Defendant Gray Media Group, Inc.*


**JENNER & BLOCK LLP**
Andrew Merrick
Ross B. Bricker
Shaun M. Van Horn
353 N. Clark Street
Chicago, IL 60654-5474
(312) 222-9350
amerrick@jenner.com
rbricker@jenner.com
svanhorn@jenner.com

*Counsel for Defendant TEGNA Inc.*


**HUGHES HUBBARD & REED LLP**
William J. Kolasky (admitted *pro hac vice*)
Philip A. Giordano (admitted *pro hac vice*)
1775 I Street, NW, Suite 600
Washington, DC 20006
Tel: (202) 721-4771
Fax: (202) 721-4646
william.kolasky@hugheshubbard.com
philip.giordano@hugheshubbard.com

Fara Tabatabai (admitted *pro hac vice*)
One Battery Park Plaza
New York, NY 10004

Tel: (212) 837-6000
Fax: (212) 422-4726
fara.tabatabai@hugheshubbard.com

**SCANDAGLIA RYAN LLP**
Gregory J. Scandaglia
55 E. Monroe Street, Suite 3440
Chicago, IL 60603
(312) 580-2020
gscandaglia@scandagliaryan.com

*Counsel for Defendant Sinclair Broadcast Group, Inc.*


**MORRISON & FOERSTER LLP**
Eliot A. Adelson (admitted *pro hac vice*)
Bonnie Lau (admitted *pro hac vice*)
Margaret A. Webb (admitted *pro hac vice*)
425 Market Street
San Francisco, CA 94105
(415) 268-7000
eadelson@mofo.com
blau@mofo.com
mwebb@mofo.com

David D. Cross (admitted *pro hac vice*)
Megan E. Gerking (admitted *pro hac vice*)
Mary G. Kaiser (admitted *pro hac vice*)
2100 L Street NW
Washington, D.C. 20037
(202) 887-1500
dcross@mofo.com
mgerking@mofo.com
mkaiser@mofo.com

**MOLOLAMKEN LLP**
Gerald P. Meyer
300 N. LaSalle St.
Chicago, IL 60654
(312) 450-6700
gmeyer@mololamken.com

*Counsel for Defendants Dreamcatcher Broadcasting LLC, Nexstar Media Group,*

6

*Inc., Tribune Broadcasting Company, LLC, and Tribune Media Group, Inc.*


**HEPLERBROOM LLC**
Glenn E. Davis
211 North Broadway, Suite 2700
St. Louis, MO 63102
(314) 480-4154
glenn.davis@heplerbroom.com

*Counsel for Defendant ShareBuilders, Inc.*