### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: LOCAL TV ADVERTISING ANTITRUST LITIGATION<br><br>*This document applies to all actions.* | Master Docket No. 18-06785<br><br>MDL No. 2867<br><br>The Honorable Judge Virginia M. Kendall |

### STIPULATION AND SCHEDULING ORDER

Plaintiffs and Defendants in the above-captioned action, acting through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Discovery Motion No. 3: Motion to Compel Nexstar to Produce ShareBuilders' Documents ("Discovery Motion No. 3") (ECF No. 674) on August 4, 2022.

WHEREAS, Plaintiffs filed their Discovery Motion No. 4: Motion to Compel Scripps, Nexstar, Tribune, and Sinclair to Respond to Interrogatory No. 2 ("Discovery Motion No. 4") (ECF No 677) on August 5, 2022.

WHEREAS, Plaintiffs filed their Discovery Motion No. 5: Motion to Compel Nexstar, Scripps, Raycom, and Tegna to Produce Antitrust/Business Compliance Documents ("Discovery Motion No. 5") (ECF No 688) on August 10, 2022.

WHEREAS, the parties believe the interest of justice would best and most efficiently be served by the entry of an order establishing briefing schedules for the motions.

Accordingly, the parties hereby STIPULATE to and respectfully request entry of the following schedules:

1

1. Defendants' response to Discovery Motion No. 3 shall be due on August 18, 2022, and Plaintiffs' reply in further support of Discovery Motion No. 3 shall be due on August 25, 2022.

2. Defendants' response to Discovery Motion No. 4 shall be due on August 22, 2022, and Plaintiffs' reply in further support of Discovery Motion No. 4 shall be due on September 1, 2022.

3. Defendants' response to Discovery Motion No. 5 shall be due on August 24, 2022, and Plaintiffs' reply in further support of Discovery Motion No. 5 shall be due on August 31, 2022.

ORDERED

Dated: _____, 2022

_____
Honorable Virginia M. Kendall
United States District Court Judge

Dated: August 19, 2022

*Respectfully submitted,*

/s/ *Megan E. Jones*
Megan E. Jones*
**HAUSFELD LLP**
600 Montgomery St. #3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
mjones@hausfeld.com

Michael D. Hausfeld*
Hilary K. Scherrer*
Nathaniel C. Giddings*
Farhad Mirzadeh*
In Kyung "Jane" Shin*
888 16th Street NW, Suite 300
Washington, DC 20006
(202) 540-7200
mhausfeld@hausfeld.com
hscherrer@hausfeld.com
ngiddings@hausfeld.com
fmirzadeh@hausfeld.com
jshin@hausfeld.com

Lead Counsel for Plaintiffs

Meegan Hollywood*
**ROBINS KAPLAN LLP**
1325 Avenue of the Americas, Suite 2600
New York, NY 10019
Tel: (212) 980-740
Fax: (212) 980-7499
mhollywood@robinskaplan.com

Kimberly A. Justice
**FREED KANNER LONDON & MILLEN LLC**
923 Fayette Street
Conshohocken, PA 19428
Tel: (610) 234-6487
Fax: (224) 632-4521
kjustice@fklmlaw.com

*Plaintiffs' Steering Committee*

Robert J. Wozniak
Steven A. Kanner
**FREED KANNER LONDON & MILLEN LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015

Stephanie A. Scharf
**SCHARF BANKS MARMOR LLC**
333 West Wacker Drive, Suite 450
Chicago, IL 60606
Tel: (312) 726-6000
sscharf@scharfbanks.com

---

* Admitted *pro hac vice*

3

Tel: (224) 632-4500
skanner@fklmlaw.com
rwozniak@fklmlaw.com

*Additional Counsel for Plaintiffs and the Proposed Class*

*Liaison Counsel for Plaintiffs*


**HONIGMAN LLP**
David A. Ettinger (admitted *pro hac vice*)
2290 First National Building
660 Woodward Ave.
Detroit, MI 48226
(313) 465-7368
dettinger@honigman.com

**MCAFEE & TAFT**
Mark Richard Mullins (admitted *pro hac vice*)
211 N. Robinson Ave., 10th Floor
Two Leadership Square
Oklahoma City, OK 73102
(405) 552-2263
rick.mullins@mcafeetaft.com

*Counsel for Defendant Griffin Communications, LLC*


**BAKER & HOSTETLER LLP**
Lee H. Simowitz (admitted *pro hac vice*)
Gregory J. Commins, Jr. (admitted *pro hac vice*)
1050 Connecticut Avenue, NW
Suite 11000
Washington, D.C. 20036-5304
(202) 861-1500
lsimowitz@bakerlaw.com
gcommins@bakerlaw.com

Bridget S. McCabe (admitted *pro hac vice*)
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA 90025
Telephone: (310) 820-8800
bmccabe@bakerlaw.com

John M. Touhy (Bar No. 3128400)
One North Wacker Drive, Suite 4500
Chicago, IL 60606-1901

(312) 416-6200
jtouhy@bakerlaw.com

*Counsel for Defendant the E.W. Scripps Company*

**COOLEY LLP**
David E. Mills (*pro hac vice*)
(dmills@cooley.com)
Deepti Bansal (*pro hac vice*)
(dbansal@cooley.com)
J. Parker Erkmann (*pro hac vice*)
(perkmann@cooley.com)
1299 Pennsylvania Ave., NW, Suite 700
Washington, DC 20004
Tel.: (202) 842-7800
Fax: (202) 842-7899

Beatriz Mejia (*pro hac vice*)
(mejiab@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Tel.: (415) 693-2000
Fax: (415) 693-2222

Mazda K. Antia (*pro hac vice*)
(mantia@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Tel.: (858) 550-6000
Fax: (858) 550-6420

Alexander G. Galicki (*pro hac vice*)
(agalicki@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Tel.: (310) 883-6400
Fax: (310) 883-6500

Matthew L. Kutcher (SBN: 6275320)
(mkutcher@cooley.com)
444 W. Lake Street, Suite 1700
Chicago, IL 60606
Tel.: (312) 881-6500
Fax: (312) 881-6598

*Counsel for Defendant Gray Media Group, Inc.*

**JENNER & BLOCK LLP**
Andrew Merrick
Ross B. Bricker
Shaun M. Van Horn
353 N. Clark Street
Chicago, IL 60654-5474
(312) 222-9350
amerrick@jenner.com
rbricker@jenner.com
svanhorn@jenner.com

*Counsel for Defendant TEGNA Inc.*


**HUGHES HUBBARD & REED LLP**
William J. Kolasky (admitted *pro hac vice*)
Philip A. Giordano (admitted *pro hac vice*)
1775 I Street, NW, Suite 600
Washington, DC 20006
Tel: (202) 721-4771
Fax: (202) 721-4646
william.kolasky@hugheshubbard.com
philip.giordano@hugheshubbard.com

Fara Tabatabai (admitted *pro hac vice*)
One Battery Park Plaza
New York, NY 10004
Tel: (212) 837-6000
Fax: (212) 422-4726
fara.tabatabai@hugheshubbard.com

**SCANDAGLIA RYAN LLP**
Gregory J. Scandaglia
55 E. Monroe Street, Suite 3440
Chicago, IL 60603
(312) 580-2020
gscandaglia@scandagliaryan.com

*Counsel for Defendant Sinclair Broadcast Group, Inc.*


**MORRISON & FOERSTER LLP**
Eliot A. Adelson (admitted *pro hac vice*)
Bonnie Lau (admitted *pro hac vice*)

6

Margaret A. Webb (admitted *pro hac vice*)
425 Market Street
San Francisco, CA 94105
(415) 268-7000
eadelson@mofo.com
blau@mofo.com
mwebb@mofo.com

David D. Cross (admitted *pro hac vice*)
Megan E. Gerking (admitted *pro hac vice*)
Mary G. Kaiser (admitted *pro hac vice*)
2100 L Street NW
Washington, D.C. 20037
(202) 887-1500
dcross@mofo.com
mgerking@mofo.com
mkaiser@mofo.com

**MOLOLAMKEN LLP**
Gerald P. Meyer
300 N. LaSalle St.
Chicago, IL 60654
(312) 450-6700
gmeyer@mololamken.com

*Counsel for Defendants Dreamcatcher Broadcasting LLC, Nexstar Media Group, Inc., Tribune Broadcasting Company, LLC, and Tribune Media Group, Inc.*

**HEPLERBROOM LLC**
Glenn E. Davis
211 North Broadway, Suite 2700
St. Louis, MO 63102
(314) 480-4154
glenn.davis@heplerbroom.com

*Counsel for Defendant ShareBuilders, Inc.*