UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division

In Re: Local TV Advertising Antitrust Litigation, et al.

Plaintiff,

v.

Case No.: 1:18−cv−06785

Honorable Virginia M. Kendall

Hearst Television Inc., et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 29, 2022:

MINUTE entry before the Honorable Virginia M. Kendall. Status hearing set for 8/29/2022 at 10:00 AM stands and will proceed in Courtroom 2503 and via Webex. Prior to the hearing, you are directed to cut and paste this hyper link into a browser: https://us−courts.webex.com/join/virginia_kendalli lnd.uscourts.gov If you do not have access to a device with video capability, please use the dial in option: (650)−479−3207, the access code is: 180 698 4009. If you do have access to a device with video capability, you are directed to appear telephonically. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.