UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: LOCAL TV ADVERTISING ANTITRUST LITIGATION | Case No. 1:18-CV-06785<br>MDL No. 2867<br><br>Hon. Virginia M. Kendall |

### JOINT STIPULATION TO EXTEND TIME TO FILE MOTION TO COMPEL DISCOVERY FROM PUTATIVE CLASS MEMBERS

Plaintiffs Thoughtworx, Inc. d/b/a MCM Services Group ("Thoughtworx"), One Source Heating & Cooling, LLC ("One Source"), Hunt Adkins, Inc. ("Hunt Adkins"), and Fish Furniture (collectively, "Plaintiffs"), and Defendants Dreamcatcher Broadcasting, LLC, The E.W. Scripps Company, Gray Media Group, Inc. (formerly known as Raycom Media, Inc.), Griffin Communications, LLC, Meredith Corporation, Nexstar Media Group, Inc., Sinclair Broadcast Group, Inc., TEGNA, Inc., Tribune Broadcasting Company, LLC, and Tribune Media Company (collectively, "Defendants") submit this joint stipulation to extend Defendants' deadline to file a motion to compel putative class members Clay, Massey & Associates, P.C.; Dozier Law Firm LLC; Gibbons Ford, LP; LM SAC, LLC d/b/a Jaguar Little Rock, Land Rover Little Rock and Owens Murphy Jaguar Land Rover VW; and Northtown Automotive Companies, Inc. to produce documents responsive to Defendants' revised subpoena requests, stating as follows:

1. In late August and early September 2021, Defendants served document subpoenas ("Subpoenas") on 20 companies that had previously filed their own individual lawsuits against

Defendants that have been consolidated in this multidistrict litigation, and that are members of the putative class that Plaintiffs seek to represent.

2. On January 28, 2022, Plaintiffs filed a Motion to Quash and/or For Protective Order Regarding Subpoenas Issued to Absent Class Members. ECF No. 523.

3. On July 5, 2022, the Court entered an Order Granting Plaintiffs' Motion to Quash, but stated therein, "If Defendants can live with obtaining information from fewer than all 20 Subpoenaed Plaintiffs . . . and they significantly narrow the information they are seeking from a smaller subset of subpoenaed Plaintiffs, or a subpoenaed Plaintiff agrees to produce a narrower or more tailored set of documents, nothing in this Order is intended to foreclose those discussions or agreements along those lines." ECF No. 634 at 4.

4. On July 13, 2022, Defendants revised their subpoena document requests and pursued responses from five of the original twenty putative class members: Clay, Massey & Associates, P.C.; Dozier Law Firm LLC; Gibbons Ford, LP; LM SAC, LLC d/b/a Jaguar Little Rock, Land Rover Little Rock and Owens Murphy Jaguar Land Rover VW; and Northtown Automotive Companies, Inc.

5. On August 18, 2022, the parties met and conferred about Defendants' revised Subpoena requests to the five putative class members. Plaintiffs objected to responding to Defendants' revised Subpoena requests on a number of grounds, including to the extent they seek (1) information about or related to advertising other than broadcast TV spot advertising; and (2) information about or related to advertising purchases made through advertising agencies. Both of these objections are already the subject of Defendants' pending Motion to Compel, ECF No. 652. The Court's ruling on the pending Motion may resolve or inform some of the parties' disputes as to Defendants' revised Subpoena requests.

6.  The current deadline for filing motions to compel without a showing of good cause is September 1, 2022. ECF No. 510.

7.  Counsel for Plaintiffs and counsel for Defendants have conferred and agreed to extend Defendants' deadline to file a motion to compel as to the Subpoena requests to 30 days after the Court issues an Order resolving Defendants' Motion to Compel, ECF No. 652.

8.  No party will be prejudiced by an order granting the requested relief, and the interests of justice favor the entry of such order.

WHEREFORE, Plaintiffs and Defendants respectfully request that the Court enter an order extending Defendants' deadline to file a motion to compel as to the Subpoena requests to 30 days after the Court issues an Order resolving Defendants' Motion to Compel, ECF No. 652.

Dated: September 1, 2022                                       Respectfully submitted,

| | |
|---|---|
| /s/ Eliot A. Adelson | /s/ Gregory J. Commins Jr. |
| MORRISON & FOERSTER LLP | BAKER & HOSTETLER LLP |
| Eliot Adelson (admitted *pro hac vice*) | Gregory J. Commins, Jr. (admitted *pro hac vice*) |
| Bonnie Lau (admitted *pro hac vice*) | 1050 Connecticut Avenue, NW |
| Margaret A. Webb (admitted *pro hac vice*) | Suite 11000 |
| 425 Market Street | Washington, D.C. 20036-5304 |
| San Francisco, CA 94105 | (202) 861-1500 |
| (415) 268-7000 | gcommins@bakerlaw.com |
| eadelson@mofo.com | |
| blau@mofo.com | Bridget S. McCabe (CA 272545) |
| mwebb@mofo.com | 11601 Wilshire Boulevard, Suite 1400 |
| | Los Angeles, CA 90025 |
| David D. Cross (admitted *pro hac vice*) | (310) 820-8800 |
| Mary G. Kaiser (admitted *pro hac vice*) | bmccabe@bakerlaw.com |
| 2100 L Street NW | |
| Washington, D.C. 20037 | John M. Touhy (Bar No. 3128400) |
| (202) 887-1500 | One North Wacker Drive, Suite 4500 |
| dcross@mofo.com | Chicago, IL 60606-1901 |
| mkaiser@mofo.com | |

MOLOLAMKEN LLP
Gerald P. Meyer
300 N. LaSalle St.
Chicago, IL 60654
(312) 450-6700
gmeyer@mololamken.com

*Counsel for Defendants Dreamcatcher Broadcasting LLC, Nexstar Media Group, Inc., Tribune Broadcasting Company, LLC, and Tribune Media Group, Inc.*

(312) 416-6200
jtouhy@bakerlaw.com

*Counsel for Defendant The E.W. Scripps Company*

*s/ David A. Ettinger*
HONIGMAN LLP
David A. Ettinger (admitted *pro hac vice*)
2290 First National Building
660 Woodward Ave.
Detroit, MI 48226
(313) 465-7368
dettinger@honigman.com

MCAFEE & TAFT
Mark Richard Mullins (admitted *pro hac vice*)
211 N. Robinson Ave., 10th Floor
Two Leadership Square
Oklahoma City, OK 73102
(405) 552-2263
rick.mullins@mcafeetaft.com

*Counsel for Defendant Griffin Communications, LLC*

*/s/ William J. Kolasky*
William J. Kolasky (admitted *pro hac vice*)
Philip A. Giordano (admitted *pro hac vice*)
HUGHES HUBBARD & REED LLP
1775 I Street, N.W.
Washington, D.C. 20006
Tel: (202) 721-4600
william.kolasky@hugheshubbard.com
philip.giordano@hugheshubbard.com

*/s/ David E. Mills*
COOLEY LLP
David E. Mills (*pro hac vice*)
(dmills@cooley.com)
Deepti Bansal (*pro hac vice*)
(dbansal@cooley.com)
J. Parker Erkmann (*pro hac vice*)
(perkmann@cooley.com)
1299 Pennsylvania Ave., NW, Suite 700

4

Fara Tabatabai (admitted *pro hac vice*)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
Tel: (212) 837-6000
fara.tabatabai@hugheshubbard.com

Gregory J. Scandaglia
SCANDAGLIA RYAN LLP
55 E. Monroe Street, Suite 3440
Chicago, IL 60603
Tel: (312) 580-2020
gscandaglia@scandagliaryan.com

*Attorneys for Defendant Sinclair Broadcast Group, Inc.*

Washington, DC 20004
Tel.: (202) 842-7800
Fax: (202) 842-7899

Beatriz Mejia (*pro hac vice*)
(mejiab@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Tel.: (415) 693-2000
Fax: (415) 693-2222

Mazda K. Antia (*pro hac vice*)
(mantia@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Tel.: (858) 550-6000
Fax: (858) 550-6420

Alexander G. Galicki (*pro hac vice*)
(agalicki@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Tel.: (310) 883-6400
Fax: (310) 883-6500

Matthew L. Kutcher (SBN: 6275320)
(mkutcher@cooley.com)
444 W. Lake Street, Suite 1700
Chicago, IL 60606
Tel.: (312) 881-6500
Fax: (312) 881-6598

*Counsel for Defendant Gray Media Group, Inc.*

/s/ Ross B. Bricker
JENNER & BLOCK LLP
Ross B. Bricker (Ill. Bar No. 3126882)
John F. Ward, Jr. (Ill. Bar No. 6208004)
Andrew F. Merrick (Ill. Bar No. 6290213)
Shaun M. Van Horn (Ill. Bar No. 6297822)
353 N. Clark Street
Chicago, IL 60654-5474
(312) 222-9350
rbricker@jenner.com
jward@jenner.com

5

amerrick@jenner.com
svanhorn@jenner.com

*Counsel for TEGNA Inc.*

/s/ Megan E. Jones
Megan E. Jones*
HAUSFELD LLP
600 Montgomery St. #3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
mjones@hausfeld.com

Michael D. Hausfeld*
Hilary K. Scherrer*
Nathaniel C. Giddings*
Farhad Mirzadeh*
In Kyung "Jane" Shin*
888 16th Street NW, Suite 300
Washington, DC 20006
(202) 540-7200
mhausfeld@hausfeld.com
hscherrer@hausfeld.com
ngiddings@hausfeld.com
fmirzadeh@hausfeld.com
jshin@hausfeld.com

*Lead Counsel for Plaintiffs*

| | |
|---|---|
| Meegan Hollywood*<br>**ROBINS KAPLAN LLP**<br>1325 Avenue of the Americas, Suite 2600<br>New York, NY 10019<br>Tel: (212) 980-740<br>Fax: (212) 980-7499<br>mhollywood@robinskaplan.com<br><br>*Plaintiffs' Steering Committee*<br><br>Robert J. Wozniak<br>Steven A. Kanner<br>**FREED KANNER LONDON & MILLEN LLC** | Kimberly A. Justice<br>**FREED KANNER LONDON & MILLEN LLC**<br>923 Fayette Street<br>Conshohocken, PA 19428<br>Tel: (610) 234-6487<br>Fax: (224) 632-4521<br>kjustice@fklmlaw.com<br><br>*Plaintiffs' Steering Committee*<br><br>Stephanie A. Scharf<br>**SCHARF BANKS MARMOR LLC**<br>333 West Wacker Drive, Suite 450 |

---

* Admitted *pro hac vice*

6

| | |
|---|---|
| 2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>Tel: (224) 632-4500<br>skanner@fklmlaw.com<br>rwozniak@fklmlaw.com<br><br>*Liaison Counsel for Plaintiffs* | Chicago, IL 60606<br>Tel: (312) 726-6000<br>sscharf@scharfbanks.com<br><br>*Additional Counsel for Plaintiffs and the Proposed Class* |

IT IS SO ORDERED.

Dated: _____, 2022

`

                                        _____
                                          HON. VIRGINIA M. KENDALL