UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: LOCAL TV ADVERTISING ANTITRUST LITIGATION | Case No. 1:18-CV-06785<br>MDL No. 2867<br><br>Hon. Virginia M. Kendall |

**JOINT STIPULATION TO EXTEND TIME FOR (1) DEFENDANTS TO RESPOND TO COMPLAINT AND (2) PLAINTIFFS TO RESPOND TO DEFENDANTS' DISCOVERY REQUESTS**

Plaintiff King Furs, Inc. ("Plaintiff"), and Defendants Dreamcatcher Broadcasting, LLC, The E.W. Scripps Company, Gray Media Group, Griffin Communications, LLC, Meredith Corporation, Nexstar Media Group, Inc., Sinclair Broadcast Group, Inc., TEGNA, Inc., Tribune Broadcasting Company, LLC, and Tribune Media Company (collectively, "Defendants") submit this joint stipulation to extend Defendants' deadline to file responses to Plaintiff King Furs's Antitrust Class Action Complaint ("Complaint"), Case No. 2:22-cv-02301, ECF No. 1, stating as follows:[1]

1. On May 17, 2022, Plaintiff filed the Complaint against Defendants in the United States District Court for the Western District of Tennessee, Case No. 2:22-cv-02301, ECF No. 1.

2. On June 9, 2022, Plaintiff filed a Notice of Potential Tag-Along Action before the United States Judicial Panel on Multidistrict Litigation ("JPML"), MDL No. 2867, ECF No. 111.

---

[1] Fox Corporation ("Fox") is also listed as a defendant in Plaintiff King Furs's Complaint. Fox has not been served, waived service, or been requested to waive service, and so Fox does not need to respond to the Complaint at this time. For that reason, Fox is not joining this joint stipulation to extend the time to respond. Fox does not oppose the entry of this order to extend the time to file an answer as to the listed Defendants.

3. On July 6, 2022, the JPML issued a Conditional Transfer Order to transfer this matter to *Local TV Advertising Antitrust Litigation*, Case No. 1:18-cv-06785, MDL No. 2867, in the United States District Court for the Northern District of Illinois.

4. Plaintiff and Defendants previously conferred and agreed that Defendants' Answers to the Complaint would not be due until 21 days after the JPML issued the Conditional Transfer order, which was July 27, 2022.[2]

5. Counsel for Plaintiff and counsel for Defendants subsequently further conferred and filed a stipulation to extend Defendants' deadline to file Answers to the Complaint until Friday, September 9, 2022, ECF No. 720.

6. Counsel for Plaintiff and counsel for Defendants have further conferred and agreed to extend Defendants' deadline to file Answers to the Complaint until Friday, September 29, 2022.

7. On July 29, 2022 and August 1, 2022, Defendants propounded their First Set of Requests for Production, First Set of Interrogatories, and Second Set of Interrogatories on Plaintiff, with responses and objections due on or before August 29, 2022 and August 31, 2022, respectively.

8. Plaintiff and Defendants previously conferred and agreed to extend Plaintiff's deadline to respond to Defendants' discovery requests to Wednesday, September 14, 2022.

9. Counsel for Plaintiff and counsel for Defendants have further conferred and agreed to extend Plaintiff's deadline to respond to Defendants' discovery requests to Thursday, October 6, 2022.

---

[2] *See Local TV Advertising Antitrust Litigation*, Case No. 1:18-cv-06785, ECF No. 14 at 3 ("Part VII (D)(1): The parties should inform the Court if any answers have been filed in the cases. If not, the parties should propose a deadline to file such answers.")

10. No party will be prejudiced by an order granting the requested relief, and the interests of justice favor the entry of such order.

WHEREFORE, Plaintiff and Defendants respectfully request that the Court enter an order extending Defendants' deadline to respond to the Complaint until Friday, September 29, 2022.

Dated: September 9, 2022

Respectfully submitted,

/s/ Jason H. Kim

Todd M. Schneider*
Jason H. Kim
Matthew S. Weiler*
Sunny S. Sarkis*
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
tschneider@schneiderwallace.com
mweiler@schneiderwallace.com
ssarkis@schneiderwallace.com

Christopher T Hellums*
Emily Irvin Curran*
PITTMAN, DUTTON, HELLUMS,
BRADLEY & MANN, P.C.
2001 Park Place North, #1100
Birmingham, AL 35203
Telephone: (205) 322-8880
chrish@pittmandutton.com
emily@pittmandutton.com
*Attorneys for Plaintiff*
**Pro Hac Vice applications forthcoming*

Edward M. Bearman (TN#14242)
JG LAW FIRM
780 Ridge Lake Blvd., #202
Memphis, TN 38120
Telephone: (901) 682-3450
ebearman@jglawfirm.com

3

/s/ Eliot A. Adelson
MORRISON & FOERSTER LLP
Eliot Adelson (admitted *pro hac vice*)
Bonnie Lau (admitted *pro hac vice*)
Margaret A. Webb (admitted *pro hac vice*)
425 Market Street
San Francisco, CA 94105
(415) 268-7000
eadelson@mofo.com
blau@mofo.com
mwebb@mofo.com

David D. Cross (admitted *pro hac vice*)
Mary G. Kaiser (admitted *pro hac vice*)
2100 L Street NW
Washington, D.C. 20037
(202) 887-1500
dcross@mofo.com
mkaiser@mofo.com

MOLOLAMKEN LLP
Gerald P. Meyer
300 N. LaSalle St.
Chicago, IL 60654
(312) 450-6700
gmeyer@mololamken.com

*Counsel for Defendants Dreamcatcher Broadcasting LLC, Nexstar Media Group, Inc., Tribune Broadcasting Company, LLC, and Tribune Media Group, Inc.*

/s/ Gregory J. Commins Jr.
BAKER & HOSTETLER LLP
Gregory J. Commins, Jr. (admitted *pro hac vice*)
1050 Connecticut Avenue, NW
Suite 11000
Washington, D.C. 20036-5304
(202) 861-1500
gcommins@bakerlaw.com

Bridget S. McCabe (CA 272545)
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025
(310) 820-8800
bmccabe@bakerlaw.com

John M. Touhy (Bar No. 3128400)
One North Wacker Drive, Suite 4500
Chicago, IL 60606-1901
(312) 416-6200
jtouhy@bakerlaw.com

*Counsel for Defendant The E.W. Scripps Company*

s/ David A. Ettinger
HONIGMAN LLP
David A. Ettinger (admitted *pro hac vice*)
2290 First National Building
660 Woodward Ave.
Detroit, MI 48226
(313) 465-7368
dettinger@honigman.com

/s/ Matthew L. Kutcher
COOLEY LLP
Matthew L. Kutcher (IL Bar No. 6275320)
444 W. Lake Street
Suite 1700
Chicago, IL 60606
(312) 881-6500
mkutcher@cooley.com

4

| | |
|---|---|
| MCAFEE & TAFT<br>Mark Richard Mullins (admitted *pro hac vice*)<br>211 N. Robinson Ave., 10th Floor<br>Two Leadership Square<br>Oklahoma City, OK 73102<br>(405) 552-2263<br>rick.mullins@mcafeetaft.com<br>*Counsel for Defendant Griffin Communications, LLC* | David E. Mills (admitted *pro hac vice*)<br>Deepti Bansal (admitted *pro hac vice*)<br>1299 Pennsylvania Avenue, NW<br>Washington, D.C. 20004<br>(202) 842-7800<br>dmills@cooley.com<br>dbansal@cooley.com<br><br>Mazda K. Antia (admitted *pro hac vice*)<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>(858) 550-6000<br>mantia@cooley.com<br><br>Beatriz Mejia (admitted *pro hac vice*)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>(415) 693-2000<br>mejiab@cooley.com<br><br>Alexander G. Galicki (admitted *pro hac vice*)<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401<br>(310) 883-6400<br>agalicki@cooley.com<br><br>*Counsel for Defendant Gray Media Group, Inc.*<br><br>*/s/ William J. Kolasky*<br>William J. Kolasky (admitted *pro hac vice*)<br>Philip A. Giordano (admitted *pro hac vice*)<br>HUGHES HUBBARD & REED LLP<br>1775 I Street, N.W.<br>Washington, D.C. 20006<br>Tel: (202) 721-4600<br>william.kolasky@hugheshubbard.com<br>philip.giordano@hugheshubbard.com<br><br>Fara Tabatabai (admitted *pro hac vice*)<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>Tel: (212) 837-6000<br>fara.tabatabai@hugheshubbard.com |

Gregory J. Scandaglia
SCANDAGLIA RYAN LLP
55 E. Monroe Street, Suite 3440
Chicago, IL 60603
Tel: (312) 580-2020
gscandaglia@scandagliaryan.com

*Attorneys for Defendant Sinclair Broadcast Group, Inc.*


/s/ Ross B. Bricker
JENNER & BLOCK LLP
Ross B. Bricker (Ill. Bar No. 3126882)
John F. Ward, Jr. (Ill. Bar No. 6208004)
Andrew F. Merrick (Ill. Bar No. 6290213)
Shaun M. Van Horn (Ill. Bar No. 6297822)
353 N. Clark Street
Chicago, IL 60654-5474
(312) 222-9350
rbricker@jenner.com
jward@jenner.com
amerrick@jenner.com
svanhorn@jenner.com

*Counsel for TEGNA Inc.*


**[PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

IT IS SO ORDERED.

Dated: _____, 2022

HON. VIRGINIA M. KENDALL