**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division**

In Re: Local TV Advertising Antitrust Litigation, et al.

                                                        Plaintiff,

v.                                                         Case No.: 1:18−cv−06785

                                                                 Honorable Virginia M. Kendall

Hearst Television Inc., et al.

                                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 20, 2022:

      MINUTE entry before the Honorable Virginia M. Kendall. The Court held an In Court Status hearing on 10/20/2022 regarding several pending Motions. The Court strikes Plaintiffs' Discovery Motion No. 1 [649] pursuant to the parties' Notice of Withdrawal of Motion [746]. The Court strikes Plaintiffs' Discovery Motion No. 4 [677] pursuant to the parties' submitted Joint Stipulation resolving the dispute [760]. The Court strikes Plaintiffs' Discovery Motion No. 6 [721] pursuant to the parties' Notice of Withdrawal of Motion [758]. The Court notes the parties are negotiating Plaintiffs' Discovery Motion No. 8 [743] and anticipate updating the Court on this issue by 10/28/2022. The Court dismisses as moot Defendants' Motion to Amend Briefing Schedule [797] because the motion has been fully briefed, and the Court accepts the sealed filing [798] as Defendants' response in opposition to Plaintiffs' Discovery Motion No. 14. A ruling is forthcoming for Sinclair's and Griffin's Motion for Partial Judgment on the Pleadings [637] and [638]. A written ruling is forthcoming on Defendants' Motion to Compel Plaintiffs to Produce Discovery [652]. The parties will not file further briefing on this matter, and the Court denies Plaintiffs' Motion for Leave to File Sur−Sur−Reply [774] and [775]. Defendants' Motion to Seal [807] its Response in Opposition to Plaintiffs' Motion for Leave to File Sur−Sur−Reply [774] and [775] is granted solely to maintain the related filing [808] under seal. The Court ruled orally on the following: The Court addressed the parties' Stipulation and Proposed Order Concerning Depositions [647]. The Court grants Plaintiffs 1,050 total hours of fact−witness depositions, and the Court modifies the request to 30 depositions per "family," with 7−hour maximum/4−hour minimum per deposition. This excludes Rule 30(b)(6) depositions. Should more than 30 depositions per family be needed, Plaintiffs will advise the Court. The parties will continue negotiating the number of topics and number of witnesses for Rule 30(b)(6) depositions. The Rule 30(b)(6) witnesses will have an initial limit of 10 hours, but if any Rule 30(b)(6) witnesses are also called as fact witnesses and need more time to be deposed, the parties will either work it out internally or advise the Court. The parties will work together and submit a new deposition protocol based on the Court's oral rulings. The Court orally modified and granted Plaintiffs' Motion to Amend/Correct Fact Discovery [648]. The relevant adjusted deadlines are: Fact Discovery must be completed by April 15, 2023. The deadline for Class certification

motion (including expert reports) is May 1, 2023. Plaintiffs to present Class certification experts for depositions by May 26, 2023. Response to motion for class certification (including rebuttal expert reports) is due June 30, 2023. Defendants to present class certification experts for depositions by August 18, 2023. Reply in support of Motion for class certification (including reply expert reports) by September 1, 2023. The Court's ruling on [648] moots Plaintiffs' Motion for Leave to File Sur–Reply; Motion [837] is stricken as moot. The Court grants Plaintiffs' Discovery Motion No. 2 [655] and [656] to compel production of Pat LaPlatney's documents and orders the parties to meet and confer regarding whether he will conduct a deposition of LaPlatney as a fact witness. The Court denies Plaintiffs' Discovery Motion No. 3 [674] and Discovery Motion No. 7 [726] regarding motions to compel ShareBuilders documents. The Court refers the privilege disputes to Magistrate Judge Cox for rulings. These Motions to Compel include: Plaintiffs' Discovery Motion No. 5 [688]; Plaintiffs' Discovery Motion No. 9 [727]; Plaintiffs' Discovery Motion No. 10 [728]; Plaintiffs' Discovery Motion No. 11 [729]; Plaintiffs' Discovery Motion No. 12 [730]; Plaintiffs' Discovery Motion No. 13 [731]; Plaintiffs' Discovery Motion No. 14 [732]; Plaintiffs' Discovery Motion No. 15 [733]. The Court grants Defendants' Motions to Seal [816], [817], [818] and the Court grants Plaintiffs' Motions to Seal [819], [825]. The Court denies Defendant Tegna's Motion for Leave to File Sur–Reply in Opposition to Plaintiffs' Discovery Motion No. 14 [833], [834]. The Court grants Defendant Tegna's Motion for Leave to Provisionally File..Under Seal [832] solely for the purpose of provisionally sealing the related filing [833]. The Court will take under advisement until the next status hearing Defendants' oral motion to set a filing deadline for Plaintiffs' Fourth Amended Complaint if Plaintiffs plan to so file. The Court also notes Plaintiffs are working on finalized settlement agreements with at least one defendant, and the relevant parties are directed to report their progress on any settlement paperwork by the next status hearing. The parties will appear in person for their next Status Hearing on December 6, 2022 at 10:00 a.m.Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.