**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>LOCAL TV ADVERTISING ANTITRUST LITIGATION<br><br>*This Document Relates to All Actions* | MDL No. 2867<br>No. 18-cv-6785<br><br>Hon. Virginia M. Kendall |

**SUPPLEMENTAL NOTIFICATION AS TO AFFILIATES**
**PURSUANT TO FED. R. CIV. P. 7.1(b)(2) & LOCAL RULE 3.2(f)**

Pursuant to Fed. R. Civ. P. 7.1(b)(2) and Local Rule 3.2(f), defendant CBS Corporation (n/k/a Paramount Global)[1] supplements its prior statements of affiliates (DE 307, 353) as follows:

Paramount Global is a publicly traded company. National Amusements, Inc., a privately held company, beneficially owns the majority of the Class A voting stock of Paramount Global. In addition, Paramount Global is only aware, without further inquiry, that the following entities beneficially own at least 5% of Paramount Global's total common stock, i.e., Class A and Class B on a combined basis: Berkshire Hathaway Inc., a publicly traded company, as reported on a Form 13F filed with the Securities and Exchange Commission ("SEC") on August 15, 2022, and The Vanguard Group, Inc., as reported on a Form 13F filed with the SEC on August 12, 2022.

---

[1] CBS Corporation is now known as Paramount Global. As previously reported to the Court, Viacom Inc. merged with and into CBS Corporation on December 4, 2019, with CBS Corporation as the surviving corporation, which was renamed ViacomCBS Inc. ViacomCBS Inc. was subsequently renamed Paramount Global. What was known as CBS Corporation continues as the surviving corporation under the name Paramount Global.

Dated: November 10, 2022                Respectfully submitted,

/s/ Steven G. Trubac
**WEIL, GOTSHAL & MANGES LLP**
Yehudah L. Buchweitz (admitted *pro hac vice*)
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
yehudah.buchweitz@weil.com

Jeffrey L. White (admitted *pro hac vice*)
2001 M Street, NW, Suite 600
Washington, D.C. 20036
(202) 682-7000
jeff.white@weil.com

**BRYAN CAVE LEIGHTON PAISNER LLP**
Brian Alan Sher
Steven Gordon Trubac
161 North Clark Street, Suite 4300
Chicago, IL 60601-3206
(312) 602-5000
brian.sher@bclplaw.com
steve.trubac@bclplaw.com

*Counsel for Defendant CBS Corp. n/k/a Paramount Global*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 10, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will provide notice to all counsel of record.

*/s/ Steven G. Trubac*
Steven G. Trubac