**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

In Re: Local TV Advertising Antitrust
Litigation, et al.

                                   Plaintiff,

v.                                          Case No.: 1:18−cv−06785
                                          Honorable Virginia M.
                                          Kendall

Hearst Television Inc., et al.

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 6, 2023:

       MINUTE entry before the Honorable Virginia M. Kendall. The Court appoints Hon. Richard Levie as Special Master in this MDL to review voluminous documents labeled as attorney−client privileged. The parties shall contact the Special Master and set up a time to brief him on the issues. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.