# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

In Re: Local TV Advertising Antitrust
Litigation, et al.

                                        Plaintiff,

v.                                          Case No.: 1:18−cv−06785

                                          Honorable Virginia M. Kendall

Hearst Television Inc., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 10, 2023:

      MINUTE entry before the Honorable Virginia M. Kendall. Motions to be heard and decided by the Special Master shall be accompanied by a Notice of Submission in the attached form. Where such Notice has been filed, the parties will be expected to furnish copies of briefs and supporting materials, including relevant under−seal filings, to the Special Master. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.