**IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS**

| | |
|---|---|
| **IN RE: LOCAL TV ADVERTISING ANTITRUST LITIGATION** | Master Docket No. 18-06785 |
| *This document applies to all actions.* | MDL No. 2867 |
| | The Honorable Judge Virginia M. Kendall |

**Notice of Submission [*Proposed Format*]**

**Notice of Submission to Special Master of [Party's] [Name of Motion]**

Pursuant to an agreement between the Parties and with the approval of the Court, [Party] gives notice that [Party's] [Name of Motion], [date], [list of any accompanying documents] were submitted to the Special Master for his consideration.

Date

Counsel