# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

| | |
|---|---|
| In Re: Local TV Advertising Antitrust Litigation, et al. | |
| Plaintiff, | |
| v. | Case No.: 1:18−cv−06785 |
| | Honorable Virginia M. Kendall |
| Hearst Television Inc., et al. | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 9, 2023:

MINUTE entry before the Honorable Virginia M. Kendall. On the Court's own Motion, Status hearing set for 5/18/2023 is reset for 7/21/2023 at 10:00 AM. Webex will be available for those requesting to attend virtually. Prior to the hearing, you are directed to cut and paste this hyper link into a browser: https://us−courts.webex.com/join/virginia_kendalli lnd.uscourts.gov If you do not have access to a device with video capability, please use the dial in option: (650)−479−3207, the access code is: 180 698 4009. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.