IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE: LOCAL TV ADVERTISING ANTITRUST LITIGATION**<br><br>*This document applies to all actions.* | Master Docket No. 18-06785<br><br>MDL No. 2867<br><br>Honorable Virginia M. Kendall |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
BRIEF IN EXCESS OF PAGE LIMITATIONS**

Plaintiffs move this Honorable Court for leave to file a Motion for Preliminary Approval of Settlements with Defendants CBS, Fox, the Cox Entities, and Sharebuilders that exceeds the 15-page limit set by Local Rule 7.1. In support of this motion, Plaintiffs state as follows:

1. Plaintiffs intend to file a motion seeking preliminary approval of four Settlement Agreements pursuant to Fed. R. Civ. P. 23(e)(2).

2. Additional pages are necessary to adequately address: (1) the settlement negotiations and resulting terms of each of the four settlement agreements; (2) the factors required for approval of class action settlements pursuant Fed. R. Civ. P. 23(e)(2); and (3) the factors required for certification of the settlement classes pursuant to Fed. R. Civ. P. 23(a) and (b)(3). Expanding the page limit to address each of these issues in one motion rather than a separate motion for each settlement agreement promotes efficiency.

WHEREFORE, Plaintiffs respectfully request that this Court grant them leave to file a Motion for Preliminary Approval of Settlements with Defendants CBS, Fox, the Cox Entities, and Sharebuilders of no more than 30 pages.

| | |
|---|---|
| Dated: May 25, 2023 | *Respectfully submitted,* |
| | */s/ Robert J. Wozniak* |
| | Robert J. Wozniak |
| | **FREED KANNER LONDON & MILLEN LLC** |
| | 2201 Waukegan Road, Suite 130 |
| | Bannockburn, IL 60015 |
| | (224) 632-4500 |
| | rwozniak@fklmlaw.com |
| | |
| | *Liaison Counsel* |
| | |
| Hilary K. Scherrer | Megan E. Jones |
| Nathaniel C. Giddings | **HAUSFELD LLP** |
| Farhad Mirzadeh | 600 Montgomery St. #3200 |
| In Kyung "Jane" Shin | San Francisco, CA 94111 |
| **HAUSFELD LLP** | (415) 633-1908 |
| 888 16th Street NW, Suite 300 | mjones@hausfeld.com |
| Washington, DC 20006 | |
| (202) 540-7200 | |
| mhausfeld@hausfeld.com | |
| hscherrer@hausfeld.com | |
| ngiddings@hausfeld.com | |
| fmirzadeh@hausfeld.com | |
| jshin@hausfeld.com | |
| | *Lead Counsel* |
| | |
| Meegan Hollywood | Kimberly A. Justice |
| **ROBINS KAPLAN LLP** | **FREED KANNER LONDON & MILLEN LLC** |
| 399 Park Avenue, Suite 3600 | 923 Fayette Street |
| New York, NY 10022 | Conshohocken, PA 19428 |
| (212) 980-740 | (610) 234-6487 |
| mhollywood@robinskaplan.com | kjustice@fklmlaw.com |
| | |
| | *Plaintiffs' Steering Committee* |