**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| **IN RE: LOCAL TV ADVERTISING ANTITRUST LITIGATION** | Master Docket No. 18-06785 |
| | MDL No. 2867 |
| *This document applies to all actions.* | The Hon. Judge Virginia M. Kendall |

**JOINT STIPULATION AND ORDER REGARDING THE SCHEDULE**

WHEREAS, in the interest of preserving judicial resources, the Parties believe that establishing a discovery schedule at this time would truncate meet and confers on this subject; and

WHEREAS, the Parties believe an extension to submit either a joint or competing schedules is warranted under the circumstances and will allow for a more complete understanding of the time needed to complete pending discovery (including resolution of privilege issues);

IT IS HEREBY AGREED THAT the Parties shall submit either a joint or competing schedule(s) to this Court on June 9, 2023.


**SO ORDERED.**

DATED: __6/6/2023_____                    BY THE COURT:

                                                                    _____
                                                                    Hon. Virginia M. Kendall
                                                                    United States District Judge

1

DRAFT – PRIVILEGED AND CONFIDENTIAL

Dated: May 17, 2023

Respectfully submitted,

/s/ Megan E. Jones_____
Megan E. Jones*
**HAUSFELD LLP**
600 Montgomery St. #3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
mjones@hausfeld.com

Michael D. Hausfeld*
Hilary K. Scherrer*
Nathaniel C. Giddings*
Farhad Mirzadeh*
Jane Shin*
**HAUSFELD LLP**
888 16th Street NW, Suite 300
Washington, DC 20006
Tel: (202) 540-7200
mhausfeld@hausfeld.com
hscherrer@hausfeld.com
ngiddings@hausfeld.com
fmirzadeh@hausfeld.com
jshin@hausfeld.com

*Lead Counsel*

Meegan Hollywood*
**ROBINS KAPLAN LLP**
1325 Avenue of the Americas, Suite 2600
New York, NY 10019
Tel: (212) 980-740
mhollywood@robinskaplan.com

Kimberly A. Justice
Robert Wozniak
**FREED KANNER LONDON
 & MILLEN LLC**
923 Fayette Street
Conshohocken, PA 19428
Tel: (610) 234-6487
kjustice@fklmlaw.com

2

DRAFT – PRIVILEGED AND CONFIDENTIAL

*Plaintiffs' Steering Committee*

Stephanie A. Scharf
**SCHARF BANKS MARMOR LLC**
333 West Wacker Drive, Suite 450
Chicago, IL 60606
Tel: (312) 726-6000
sscharf@scharfbanks.com

*Additional Class Counsel*
*Admitted *pro hac vice*

*/s/ Eliot A. Adelson*
MORRISON & FOERSTER LLP
Eliot Adelson (admitted *pro hac vice*)
Bonnie Lau (admitted *pro hac vice*)
Margaret A. Webb (admitted *pro hac vice*)
425 Market Street
San Francisco, CA 94105
(415) 268-7000
eadelson@mofo.com
blau@mofo.com
mwebb@mofo.com

David D. Cross (admitted *pro hac vice*)
Mary G. Kaiser (admitted *pro hac vice*)
2100 L Street NW
Washington, D.C. 20037
(202) 887-1500
dcross@mofo.com
mgerking@mofo.com
mkaiser@mofo.com

MOLOLAMKEN LLP
Megan Cunniff Church
300 N. LaSalle St.
Chicago, IL 60654
(312) 450-6716
mchurch@mololamken.com

*Counsel for Dreamcatcher Broadcasting LLC, Nexstar Media Group, Inc., Tribune Broadcasting Company, LLC, and Tribune Media Group, Inc.*

3

DRAFT – PRIVILEGED AND CONFIDENTIAL

/s/ Gregory J. Commins Jr.
BAKER & HOSTETLER LLP
Gregory J. Commins, Jr. (admitted *pro hac vice*)
1050 Connecticut Avenue, NW
Suite 11000
Washington, D.C. 20036-5304
(202) 861-1500
gcommins@bakerlaw.com

Bridget S. McCabe (CA 272545)
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025
(310) 820-8800
bmccabe@bakerlaw.com

John M. Touhy s(Bar No. 3128400)
One North Wacker Drive, Suite 4500
Chicago, IL 60606-1901
(312) 416-6200
jtouhy@bakerlaw.com

*Counsel for The E.W. Scripps Company*

/s/ Matthew L. Kutcher
COOLEY LLP
Matthew L. Kutcher (IL Bar No. 6275320)
444 W. Lake Street
Suite 1700
Chicago, IL 60606
Telephone: (312) 881-6500
mkutcher@cooley.com

David E. Mills (admitted *pro hac vice*)
Deepti Bansal (admitted *pro hac vice*)
1299 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 842-7800
dmills@cooley.com
dbansal@cooley.com

Mazda K. Antia (admitted *pro hac vice*)
4401 Eastgate Mall
San Dego, CA 92121
Telephone: (858) 550-6000
mantia@cooley.com

Beatriz Mejia (admitted *pro hac vice*)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
mejiab@cooley.com

Alexander G. Galicki
(admitted *pro hac vice*)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
agalicki@cooley.com

*Counsel for Gray Media Group, Inc.*

DRAFT – PRIVILEGED AND CONFIDENTIAL

*/s/ David A. Ettinger*
HONIGMAN LLP
David A. Ettinger (admitted *pro hac vice*)
2290 First National Building
660 Woodward Ave.
Detroit, MI 48226
(313) 465-7368
dettinger@honigman.com

MCAFEE & TAFT
Mark Richard Mullins (admitted *pro hac vice*)
211 N. Robinson Ave., 10th Floor
Two Leadership Square
Oklahoma City, OK 73102
(405) 552-2263
rick.mullins@mcafeetaft.com

*Counsel for Griffin Communications, LLC*

*/s/ William J. Kolasky*
William J. Kolasky (admitted *pro hac vice*)
Philip A. Giordano (admitted *pro hac vice*)
HUGHES HUBBARD & REED LLP
1775 I Street, N.W.
Washington, D.C. 20006
Tel: (202) 721-4600
william.kolasky@hugheshubbard.com
philip.giordano@hugheshubbard.com

Fara Tabatabai (admitted *pro hac vice*)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
Tel: (212) 837-6000
fara.tabatabai@hugheshubbard.com

Gregory J. Scandaglia
SCANDAGLIA RYAN LLP
55 E. Monroe Street, Suite 3440
Chicago, IL 60603
Tel: (312) 580-2020
gscandaglia@scandagliaryan.com

*Counsel for Sinclair Broadcast Group, Inc.*

*/s/ Ross B. Bricker*
JENNER & BLOCK LLP
Ross B. Bricker (Ill. Bar No. 3126882)
John F. Ward, Jr. (Ill. Bar No. 6208004)
Andrew F. Merrick (Ill. Bar No. 6290213)
Shaun M. Van Horn (Ill. Bar No. 6297822)
353 N. Clark Street
Chicago, IL 60654-5474
(312) 222-9350
rbricker@jenner.com
jwad@jenner.com
amerrick@jenner.com
svanhorn@jenner.com

*Counsel for TEGNA Inc.*