IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>LOCAL TV ADVERTISING ANTITRUST LITIGATION | MDL No. 2867<br>No. 18 C 6785<br><br>Honorable Virginia M. Kendall |

**DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL
THEIR MOTION TO RECONSIDER**

Defendants Griffin Communications, LLC ("Griffin"), Meredith Corporation ("Meredith"), Nexstar Media Group, Inc. ("Nexstar"), Gray Media Group, Inc. (formerly known as Raycom Media, Inc.) ("Raycom"), the E.W. Scripps Company ("Scripps"), Sinclair Broadcast Group, Inc. ("Sinclair"), and TEGNA, Inc. ("TEGNA") (collectively "Defendants" or "Non-Settling Defendants"), by their attorneys, respectfully ask the Court for entry of an Order granting Defendants leave to file their Motion to Reconsider, Vacate, And/Or Stay Orders Regarding Preliminary Approval and Notice ("Motion to Reconsider") under seal, pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 26.2. ("Defendants' Motion to Seal").

In support thereof, Defendants state as follows:

1. On February 15, 2019, the Court entered a Confidentiality Order. (ECF No. 194). The Confidentiality Order permits parties to designate certain produced information as "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEYS' EYES ONLY." (*Id.* at 2–3).

2. As the Seventh Circuit has recognized, a court may keep documents or portions thereof under seal if "there is good cause for sealing a part or the whole of the record." *Citizens First Nat'l Bank of Princeton v. Cincinnati Ins. Co.*, 178 F.3d 943, 945 (7th Cir. 1999); *see also* N.D. Ill. L.R.

26.2(b) (explaining "good cause" standard). Accordingly, the Court may seal filings to protect the "property and privacy interests of the litigants," *Citizens First Nat'l Bank*, 178 F.3d at 945, where the information in question "meet[s] the definition of trade secrets or other categories of bona fide long-term confidentiality," *Baxter Intern., Inc. v. Abbott Lab'ys.*, 297 F.3d 544, 545 (7th Cir. 2002).

3. Good cause exists to grant Defendants' Motion to Seal because the Motion to Reconsider references material designated as "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEYS' EYES ONLY" material under the Confidentiality Order.

4. In compliance with Local Rule 26.2(c), Defendants will also file a public-record version of the Motion to Reconsider that redacts all references to materials currently designated confidential pursuant to the Confidentiality Order.

WHEREFORE, Defendants respectfully request that the Court grant their Motion to Seal.

Dated: June 28, 2023

By: */s/ Ross B. Bricker*
**JENNER & BLOCK LLP**
Ross B. Bricker (Ill. Bar No. 3126882)
John F. Ward, Jr. (Ill. Bar No. 6208004)
353 N. Clark Street
Chicago, IL 60654-5474
(312) 222-9350
rbricker@jenner.com
jward@jenner.com

*Counsel for TEGNA Inc.*

**COOLEY LLP**
David E. Mills (pro hac vice)
(dmills@cooley.com)
Deepti Bansal (pro hac vice)
(dbansal@cooley.com)
J. Parker Erkmann (pro hac vice)
(perkmann@cooley.com)
1299 Pennsylvania Ave., NW, Suite 700
Washington, DC 20004
Tel.: (202) 842-7800
Fax: (202) 842-7899

Beatriz Mejia (pro hac vice)
(mejiab@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Tel.: (415) 693-2000
Fax: (415) 693-2222

Mazda K. Antia (pro hac vice)
(mantia@cooley.com)
10265 Science Center Drive
San Diego, CA 92121-1117
Tel.: (858) 550-6000
Fax: (858) 550-6420

Alexander G. Galicki (pro hac vice)
(agalicki@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Tel.: (310) 883-6400
Fax: (310) 883-6500

Matthew L. Kutcher (SBN: 6275320)
(mkutcher@cooley.com)
444 W. Lake Street, Suite 1700
Chicago, IL 60606
Tel.: (312) 881-6500
Fax: (312) 881-6598

*Counsel for Defendant Gray Media Group, Inc.*

**HONIGMAN LLP**

**MORRISON & FOERSTER LLP**
Eliot Adelson (admitted *pro hac vice*)
Bonnie Lau (admitted *pro hac vice*)
Margaret A. Webb (admitted *pro hac vice*)
425 Market Street
San Francisco, CA 94105
(415) 268-7000
eadelson@mofo.com
blau@mofo.com
mwebb@mofo.com

David D. Cross (admitted pro hac vice)
Mary G. Kaiser (admitted pro hac vice)
Joseph C. Folio III (admitted pro hac vice)
2100 L Street NW
Washington, D.C. 20037
(202) 887-1500
dcross@mofo.com
mkaiser@mofo.com
jfolio@mofo.com

**MOLOLAMKEN LLP**
Megan Cunniff Church (Bar No. 6281234)
Matthew J. Fisher (Bar No. 6326897)
300 N. LaSalle St.
Chicago, IL 60654
(312) 450-6716
mchurch@mololamken.com
mfisher@mololamken.com

*Counsel for Defendants Dreamcatcher Broadcasting LLC, Nexstar Media Group, Inc., Tribune Broadcasting Company, LLC, and Tribune Media Group, Inc.*

**HUGHES HUBBARD & REED LLP**
William J. Kolasky (*pro hac vice*)
Philip A. Giordano (*pro hac vice*)
1775 I Street, N.W.
Washington, DC 20006
(202) 721-4600
william.kolasky@hugheshubbard.com
philip.giordano@hugheshubbard.com

Fara Tabatabai (*pro hac vice*)
One Battery Park Plaza

David A. Ettinger (admitted *pro hac vice*)
2290 First National Building
660 Woodward Ave.
Detroit, MI 48226
(312) 465-7368
dettinger@honigman.com

**MCAFEE & TAFT**
Mark Richard Mullins (admitted *pro hac vice*)
211 N. Robinson Ave., 10th Floor
Two Leadership Square
Oklahoma City, OK 73102
(405) 552-2263
rick.mullins@mcafeetaft.com

*Counsel for Defendant Griffin Communications, LLC*

New York, NY 10004
(212) 837-6000
fara.tabatabai@hugheshubbard.com

**SCANDAGLIA RYAN LLP**
Gregory J. Scandaglia
55 E. Monroe Street, Suite 3440
Chicago, IL 60603
(312) 580-2020
gscandaglia@scandagliaryan.com

*Counsel for Defendant Sinclair Broadcast Group, Inc.*

**BAKER & HOSTETLER LLP**
Gregory J. Commins, Jr. (admitted *pro hac vice*)
1050 Connecticut Ave., NW Suite 1100
Washington, DC 20036
Telephone: (202) 861-1536
Facsimile: (202) 861-1783
gcommins@bakerlaw.com

Bridget S. McCabe (admitted *pro hac vice*)
Dyanne J. Cho (admitted *pro hac vice*)
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA 90025
Telephone: (310) 820-8800
bmccabe@bakerlaw.com
dcho@bakerlaw.com

John M. Touhy (NDIL 3128400)
191 North Wacker Drive, Suite 3100
Chicago, IL 60606-1901
(312) 416-6200 phone
(312) 416-6201 facsimile
jtouhy@bakerlaw.com

*Counsel for Defendant The E.W. Scripps Company*

4882-6882-9293.v3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 28, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will provide notice to all counsel of record.

*/s/ Ross B. Bricker*
Ross B. Bricker

4882-6882-9293.v3