# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

In Re: Local TV Advertising Antitrust Litigation, et al.

Plaintiff,

v.

Hearst Television Inc., et al.

Defendant.

Case No.: 1:18−cv−06785

Honorable Virginia M. Kendall

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 7, 2023:

    MINUTE entry (Corrected) before the Honorable Virginia M. Kendall. Motion hearing held on 7/7/2023 via Webex. Parties shall meet and confer and Defendants shall turn over materials by 7/14/2023. Status hearing set for 7/14/2023 at 9:30 AM which will proceed via Webex.Prior to the hearing, you are directed to cut and paste this hyper link into a browser: https://us−courts.webex.com/join/virginia_kendalli lnd.uscourts.gov You can use the dial in option ONLY if you do not have access to a device with video capability: (650)−479−3207, the access code is: 180 698 4009. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.