THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE: LOCAL TV ADVERTISING ANTITRUST LITIGATION**<br><br>*This document applies to all actions.* | Master Docket No. 18-06785<br><br>MDL No. 2867<br><br>Honorable Virginia M. Kendall |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMITATIONS

Plaintiffs move this Honorable Court for leave to file a Motion for Final Approval of Settlements with Defendants CBS, Fox, the Cox Entities and ShareBuilders that exceeds the page limit set by Local Rule 7.1. In support of this motion, Plaintiffs state as follows:

1. Plaintiffs intend to file a motion seeking final approval of the Settlements reached in the action.

2. Additional pages are necessary to adequately address: (1) the terms of the Settlement Agreements;[1] (2) the implementation of the Court-Approved Notice Program; and (3) the factors the Court must consider in determining whether the Settlements are fair, reasonable, and adequate. Expanding the page limit to address each of these issues in one motion rather than a separate motion for each of the Settlement Agreements promotes efficiency.

WHEREFORE, Plaintiffs respectfully request that this Court grant them leave to file a Motion for Final Approval of Settlements with Defendants CBS, Fox, the Cox Entities and ShareBuilders of no more than 25 pages.

---

[1] The CBS, Fox, the Cox Entities, and ShareBuilders Settlements (collectively, the "Settlement Agreements" or "Settlements") are attached as Exhibits 1-4, respectively, to the Declaration of Megan E. Jones submitted in support of Plaintiffs' Motion for Preliminary Approval. *See* ECF No. 982, Ex. 1-4.

Dated: October 10, 2023        Respectfully submitted,

*/s/ Robert J. Wozniak*
Robert J. Wozniak
**FREED KANNER LONDON & MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
(224) 632-4500
rwozniak@fklmlaw.com

*Liaison Counsel*

Megan E. Jones
**HAUSFELD LLP**
600 Montgomery St. #3200
San Francisco, CA 94111
(415) 633-1908
mjones@hausfeld.com

Hilary K. Scherrer
Nathaniel C. Giddings
Farhad Mirzadeh
In Kyung "Jane" Shin
**HAUSFELD LLP**
888 16th Street NW, Suite 300
Washington, DC 20006
(202) 540-7200
hscherrer@hausfeld.com
ngiddings@hausfeld.com
fmirzadeh@hausfeld.com
jshin@hausfeld.com

*Lead Counsel*

Meegan Hollywood
**ROBINS KAPLAN LLP**
399 Park Avenue, Suite 3600
New York, NY 10022
(212) 980-7400
mhollywood@robinskaplan.com

Kimberly A. Justice
**FREED KANNER LONDON & MILLEN LLC**
923 Fayette Street
Conshohocken, PA 19428
(610) 234-6487
kjustice@fklmlaw.com

*Plaintiffs' Steering Committee*