**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>LOCAL TV ADVERTISING ANTITRUST LITIGATION | MDL No. 2867<br>No. 18 CV 6785<br><br>Honorable Virginia M. Kendall |

**STIPULATION AND ORDER
REGARDING DEFENDANTS' PRODUCTION OF DOCUMENTS UNDER SPECIAL MASTER REVIEW**

By and through their undersigned counsel, the parties hereby state as follows:

WHEREAS, on February 6, 2023, the Court appointed the Hon. Richard A. Levie as Special Master to resolve Plaintiffs' motions to compel regarding documents Defendants had withheld on privilege and related grounds (ECF 920);

WHEREAS, on July 28, 2023, the Special Master submitted to the Court his Special Master Report and Recommendation No. 1 (ECF 1030) ("R&R No. 1");

WHEREAS, on August 18, 2023, Defendants filed Omnibus Objections to R&R No. 1 (ECF 1052); on September 1, 2023, Plaintiffs filed a Response to Defendants' Omnibus Objections to R&R No. 1 (ECF 1060); on September 7, 2023 Defendants filed a Reply in Support of Defendants' Omnibus Objections to R&R No. 1 (ECF 1064); and on September 8, 2023, the Court heard oral argument on Defendants' Omnibus Objections to R&R No. 1 (*see* Sep. 8, 2023 Hr'g Tr.);

WHEREAS, on January 16, 2024, the Court issued a Memorandum Opinion & Order accepting in full R&R No. 1 (ECF 1100) ("January 2024 Order");

WHEREAS, on April 16, 2024, the Special Master submitted to the Court his Special Master Report and Recommendation No. 2 (ECF 1114) ("R&R No. 2"), which the Special Master characterized as essentially "an addendum to Report & Recommendation No. 1" (ECF 1114 at 1);

WHEREAS, on April 30, 2024, Defendant Nexstar filed Objection to R&R No. 2 (ECF 1120); on May 7, 2024, Plaintiffs filed a Response to Nexstar's Objection to R&R No. 2 (ECF 1124); and on May 13, 2024, Nexstar filed a Reply in Support of Nexstar's Objection to R&R No. 2 (ECF 1125);

WHEREAS, on May 10, 2024, and June 9, 2024, the Special Master requested that Defendants apply the recommendations and legal principles detailed in R&R No. 1 and R&R No. 2 to the remaining documents identified on their privilege logs that Plaintiffs have challenged and, based on that process and their good faith judgment, remove any applicable documents from their privilege logs and produce those documents to Plaintiffs;

WHEREAS, Defendants seek to ensure that they preserve, and do not waive, any and all pre-existing rights and/or objections, if any, with respect to any additional documents Defendants remove from their logs and produce to Plaintiffs; and

WHEREAS, the parties previously negotiated and agreed to a Stipulation and Federal Rule of Evidence 502(d) Order, which the Court entered on February 11, 2021 (ECF 443) (the "502(d) Order");

It is hereby ORDERED that:

1. To the extent Defendants remove challenged documents from their privilege logs and produce those documents based on application of the recommendations and legal principles in R&R Nos. 1 and 2, such production shall be made pursuant to the 502(d) Order and:

    a. shall not, standing alone, waive (and not be deemed to waive), with respect to the additional documents, in the above-captioned litigation or any other federal or state proceeding, any previous assertion of attorney-client privilege, work product protection, or common interest privilege – as applicable in each instance – including as set forth in Defendants' Omnibus Objections to R&R No. 1, Nexstar's Objection to R&R No. 2, and the objections and arguments as set forth in each Defendant's underlying motion to compel briefing; and

    b. shall not, standing alone, waive or otherwise impact any rights Defendants may have to appeal issues addressed in R&R No.1, R&R No. 2, or the Court's January 2024 Order with regard to any additional documents Defendants remove from their privilege logs and produce to Plaintiffs, which rights are expressly and fully preserved. For the sake of clarity, this paragraph shall not expand any pre-existing rights to appeal.

  2. For the sake of clarity, this Stipulation and Order applies only to documents Defendants remove from their privilege logs and produce based on application of the recommendations and legal principles in R&R Nos. 1 and 2. Nothing in this Stipulation and Order applies to documents Special Master Levie specifically recommends Defendants produce where such recommendation is not appealed (or if appealed, such recommendation is accepted by the Court and, if applicable, ultimately affirmed by the appellate court).

  3. Nothing in this Stipulation and Order limits in any way Plaintiffs' ability to use documents produced by Defendants to Plaintiffs pursuant to this Stipulation and Order as permitted under the Confidentiality Order, ECF 94, and subject to any Court Order that addresses any challenge or appeal of R&R Nos. 1 and 2 by Defendants.

**IT IS SO ORDERED** on this 28th day of June, 2024.

_____
Hon. Virginia M. Kendall
**UNITED STATES DISTRICT JUDGE**

Dated: June 26, 2024

/s/ Megan E. Jones
Megan E. Jones
**HAUSFELD LLP**
600 Montgomery St. #3200
San Francisco, CA 94111
(415) 633-1908
mjones@hausfeld.com

Hilary K. Scherrer
Nathaniel C. Giddings
Farhad Mirzadeh
In Kyung "Jane" Shin
Annabelle Emuze
**HAUSFELD**
888 16th Street NW, Suite 300
Washington, DC 20006
(202) 540-7200
mhausfeld@hausfeld.com
hscherrer@hausfeld.com
ngiddings@hausfeld.com
fmirzadeh@hausfeld.com
jshin@hausfeld.com

*Lead Counsel for Plaintiffs*

Meegan Hollywood
**ROBINS KAPLAN LLP**
1325 Avenue of the Americas, Suite 2600
New York, NY 10019
(212) 980-740
mhollywood@robinskaplan.com

Kimberly A. Justice
**FREED KANNER LONDON & MILLEN LLC**
923 Fayette Street
Conshohocken, PA 19428
(610) 234-6487
kjustice@fklmlaw.com

*Plaintiffs' Steering Committee*

Respectfully submitted,

/s/ Ross B. Bricker
**JENNER & BLOCK LLP**
Ross B. Bricker (Ill. Bar No. 3126882)
John F. Ward, Jr. (Ill. Bar No. 6208004)
353 N. Clark Street
Chicago, IL 60654-5474
(312) 222-9350
rbricker@jenner.com
jward@jenner.com

*Counsel for TEGNA Inc.*

/s/ Eliot Adelson
**MORRISON & FOERSTER LLP**
Eliot Adelson (admitted *pro hac vice*)
Bonnie Lau (admitted *pro hac vice*)
Margaret A. Webb (admitted *pro hac vice*)
425 Market Street
San Francisco, CA 94105
(415) 268-7000
eadelson@mofo.com
blau@mofo.com
mwebb@mofo.com

David D. Cross (admitted *pro hac vice*)
Mary G. Kaiser (admitted *pro hac vice*)
Joseph C. Folio III (admitted *pro hac vice*)
2100 L Street NW
Washington, D.C. 20037
(202) 887-1500
dcross@mofo.com

Robert J. Wozniak
**FREED KANNER LONDON & MILLEN LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
(224) 632-4500
rwozniak@fklmlaw.com

*Liaison Counsel for Plaintiffs*

mkaiser@mofo.com
jfolio@mofo.com

**MOLOLAMKEN LLP**
Megan Cunniff Church (Bar No. 6281234)
Matthew J. Fisher (Bar No. 6326897)
300 N. LaSalle St.
Chicago, IL 60654
(312) 450-6716
mchurch@mololamken.com
mfisher@mololamken.com

*Counsel for Defendants Dreamcatcher Broadcasting LLC, Nexstar Media Group, Inc., Tribune Broadcasting Company, LLC, and Tribune Media Group, Inc.*

*/s/ Gregory J. Commins, Jr.*
**BAKER & HOSTETLER LLP**
Gregory J. Commins, Jr. (admitted *pro hac vice*)
1050 Connecticut Ave., NW Suite 1100
Washington, DC 20036
Telephone: (202) 861-1536
Facsimile: (202) 861-1783
gcommins@bakerlaw.com

Bridget S. McCabe (admitted *pro hac vice*)
Dyanne J. Cho (admitted *pro hac vice*)
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA 90025
Telephone: (310) 820-8800
bmccabe@bakerlaw.com
dcho@bakerlaw.com

John M. Touhy (NDIL 3128400)
191 North Wacker Drive, Suite 3100
Chicago, IL 60606-1901
(312) 416-6200 phone
(312) 416-6201 facsimile
jtouhy@bakerlaw.com

*Counsel for Defendant The E.W. Scripps Company*

*/s/ William J. Kolasky*
**HUGHES HUBBARD & REED LLP**
William J. Kolasky (*pro hac vice*)
Philip A. Giordano (*pro hac vice*)
1775 I Street, N.W.
Washington, DC 20006
(202) 721-4600
william.kolasky@hugheshubbard.com
philip.giordano@hugheshubbard.com

William R. Maguire *(pro hac vice)*
Fara Tabatabai *(pro hac vice)*
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
(212) 837-6000
fara.tabatabai@hugheshubbard.com
bill.maguire@hugheshubbard.com

Gregory J. Scandaglia
SCANDAGLIA RYAN LLP
55 E. Monroe Street, Suite 3440
Chicago, IL 60603
(312) 580-2020
gscandaglia@scandagliaryan.com

*Counsel for Defendant Sinclair Broadcast Group, Inc.*

*/s/ David E. Mills*
**COOLEY LLP**
David E. Mills *(pro hac vice)*
(dmills@cooley.com)
Deepti Bansal *(pro hac vice)*
(dbansal@cooley.com)
J. Parker Erkmann *(pro hac vice)*
(perkmann@cooley.com)
1299 Pennsylvania Ave., NW, Suite 700
Washington, DC 20004
Tel.: (202) 842-7800
Fax: (202) 842-7899

Beatriz Mejia *(pro hac vice)*
(mejiab@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Tel.: (415) 693-2000
Fax: (415) 693-2222

Mazda K. Antia *(pro hac vice)*
(mantia@cooley.com)
10265 Science Center Drive
San Diego, CA 92121-1117
Tel.: (858) 550-6000
Fax: (858) 550-6420

Alexander G. Galicki *(pro hac vice)*
(agalicki@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Tel.: (310) 883-6400
Fax: (310) 883-6500

Matthew L. Kutcher (SBN: 6275320)
(mkutcher@cooley.com)
444 W. Lake Street, Suite 1700
Chicago, IL 60606
Tel.: (312) 881-6500
Fax: (312) 881-6598

*Counsel for Defendant Gray Media Group, Inc.*

*/s/ David A. Ettinger*
**HONIGMAN LLP**
David A. Ettinger (admitted pro *hac vice*)
2290 First National Building
660 Woodward Ave.
Detroit, MI 48226
(312) 465-7368
dettinger@honigman.com

**MCAFEE & TAFT**
Mark Richard Mullins (admitted *pro hac vice*)
211 N. Robinson Ave., 10th Floor
Two Leadership Square
Oklahoma City, OK 73102
(405) 552-2263
rick.mullins@mcafeetaft.com

*Counsel for Defendant Griffin Communications, LLC*