[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FILED
8/26/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

KG

BC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:Local TV Advertising Antitrust Litigation )
Plaintiff )
v. )
Multiple Defendents )
Defendant )

**Case Number:** No. 18-cv-6785; MDL No 2867

**Judge:** Honorable Virginia M Kendall

**Magistrate Judge:**

To: US District Court for the Northern District of IL.

From :
Robert Malandra
PO Box 925
Moneta, Virginia 24121
443-813-1400

Regarding: Subpoena Response - I have no records that would be responsive to my subpoena for documents.

To Whom it may Concern:
I received a subpoena related to the Local TV Advertising Antitrust Litigation - (Civil Action No. 18-cv-6785; MDL No 2867).

The subpoena requires the production of all documents reflecting Competitively Sensitive Information.
Nathanial Giddings is listed as the contact Attorney; I emailed Attorney Giddings earlier to state that I have no responsive records to produce. I am now contacting the Court directly, to make sure that I satisfy any need for a formal response in this legal process.

I left Sinclair (SBGI) in February of 2018, almost six and a half years ago.

When I left the company, I had to leave paper files, electronic files, reports etc. behind at the Sinclair office in Maryland. This is typical for executives leaving just about any company.

Accordingly, I have no documents in my possession that would be responsive to this subpoena.

Also, please know that my work there was focused in the areas of finance, analytics and corporate development. I was not a customer facing executive, in sales, doing transactions.

I live over 200 miles from DC in central Virginia. My subpoena is requiring me to produce records on 8/28, I will not be traveling that day, I do not see the utility, as I have no documents to provide.

I am told that some Subpoenas may attach an "Affidavit of No Records" that can be completed by the custodian, in satisfaction of the subpoena, if in fact no responsive records exist under the custodian's control; I did not see one in this document, but I may have missed it.

I would be happy to complete such an affidavit, if needed, or if this filing is insufficient. Please let me know if the Court requires anything further from me.

Thanks

8/26/2024 Robert Malandra

Verified by pdfFiller
08/26/2024

Robert Malandra
443-813-1400

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]