IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>LOCAL TV ADVERTISING ANTITRUST LITIGATION | MDL NO. 2867<br><br>No. 18 C 6785<br><br>Honorable Virginia M. Kendall |

### MOTION TO WITHDRAW APPEARANCE OF
### BONNIE LAU

Pursuant to Local Rule 83.17, the undersigned, on behalf of Defendants Dreamcatcher Broadcasting LLC, Nexstar Media Group, Inc., Tribune Broadcasting Company, LLC, and Tribune Media Group, Inc. ("Nexstar Defendants"), respectfully requests that the appearance of Bonnie Lau be withdrawn in this matter. In support of this Motion, undersigned counsel states:

1. Nexstar Defendants will continue to be represented by an attorney from the same law firm, Morrison & Foerster LLP, with an appearance already on file in this matter.

2. Nexstar Defendants will continue to be represented by Megan Cunniff Church, who is a member of the Court's trial bar.

3. This motion is not being made for the purpose of causing any delay, and Nexstar Defendants will not be prejudiced by the withdrawal of the appearance of Bonnie Lau.

WHEREFORE, undersigned counsel requests that the appearance of Bonnie Lau be withdrawn from this matter.

Dated: March 26, 2025

/s/ Eliot A. Adelson
MORRISON & FOERSTER LLP
Eliot Adelson (admitted *pro hac vice*)
Margaret A. Webb (admitted *pro hac vice*)
425 Market Street
San Francisco, CA 94105
(415) 268-7000
eadelson@mofo.com
mwebb@mofo.com

Joseph C Folio III (admitted *pro hac vice*)
2100 L Street NW
Washington, D.C. 20037
(202) 887-1500
jfolio@mofo.com

MOLOLAMKEN LLP
Megan Cunniff Church (Bar No. 6281234)
300 N. LaSalle St.
Chicago, IL 60654
(312) 450-6700
mchurch@mololamken.com

*Counsel for Defendants Dreamcatcher Broadcasting LLC, Nexstar Media Group, Inc., Tribune Broadcasting Company, LLC, and Tribune Media Group, Inc.*

## CERTIFICATE OF SERVICE

I, Eliot A. Adelson, certify that on March 26, 2025, I caused the **MOTION TO WITHDRAW APPEARANCE OF BONNIE LAU** to be served by e-mail on all counsel of record, pursuant to and in accordance with the Stipulation, filed on April 17, 2020 (ECF No. 397), in this Action.

*/s/ Eliot A. Adelson*
Eliot A. Adelson