HAUSFELD

**Megan E. Jones**
**Partner**

580 California Street
12th Floor
San Francisco, CA 94111

T: (415) 744-1951
E: mjones@hausfeld.com

April 2, 2025

***VIA CM/ECF***

Chief Judge Virginia M. Kendall
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

**Re: *In re: Local TV Advertising Antitrust Litigation, No. 18-C-6785 (N.D. Ill.)***

To the Honorable Virginia M. Kendall:

Meredith and Raycom ("Raycom") ask the Court to issue an advisory opinion stating "that R&R No. 3 does not curtail Special Master Andersen's authority to review the LaPlatney documents *in camera*." ECF No. 1200 (Raycom Mar. 31, 2025 Ltr.). That request is unwarranted given the Court's prior Rule 53 order outlining Judge Andersen's authority in this matter. *See* ECF No. 1153. That order authorizes Judge Andersen to use his discretion to determine how to treat the approximately 16,000 pages of LaPlatney documents (reflecting approximately *1600* privilege log entries) in accord with the Court's future affirmance or denial. Raycom presents no reason why this particular issue warrants further attention from the Court.

Moreover, Raycom's letter provides an incomplete recitation of what has occurred to date. After the issuance of R&R 3, Plaintiffs wrote to Judge Andersen requesting a "conference [] early next week to discuss the impact, if any, of R&R No. 3. **Those issues would include which LaPlatney privilege log is used; what documents, if any, should be reviewed *in camera*; and if Defendants plan to withdraw any privilege claims in light of R&R No. 3**. Plaintiffs can make ourselves available next week for such a conference at your direction." ECF No. 1200, Ex. A (Feb. 21, 2025 email from M. Jones) (emphasis added). That meeting was held among the parties and Judge Andersen on February 28, 2025.

The very next day, Judge Andersen wrote to the parties:

> I have reviewed Report and Recommendation 3 and considered the positions of counsel as set forth in our Zoom conference yesterday. If adopted by the Court, this Report would resolve the pending motions to compel and enable the parties to prepare expeditiously for the upcoming depositions. Of course, I don't know whether Judge Kendall will adopt the recommendations. Under the circumstances and keeping in mind the relatively expeditious briefing schedule already set, I will pause any

HAUSFELD

> review of the documents by me until Judge Kendall decides whether to adopt the recommendations.

*See* Exhibit 1.[1]

In other words, contrary to their assertion that Judge Andersen expressed a preference for an *in camera* review, he did the opposite and conveyed his belief that "if adopted by the Court", R&R 3 "would resolve the pending motions to compel" and, that he would therefore "pause any review," just as Plaintiffs and counsel for Raycom described to this Court at the March 18, 2025 hearing. *See* Hrg. Tr. at 12:21-24 (Mar. 18, 2025), ECF No. 1193 ("THE COURT: So what is Judge Andersen doing with the documents now? Is he doing one by one? MS. BANSAL: Well, your Honor, Judge Andersen has paused his work pending the resolution of this issue on R&R 3.").

Raycom fails to cite any law that would support its requested relief.[2] The Court should decline Raycom's invitation to weigh in on how Judge Andersen could or should proceed. That will be properly before the Court when Judge Andersen issues his Report and Recommendation.

Sincerely,

*/s/ Megan E. Jones*
Megan E. Jones
Partner

Enclosure

cc: Counsel of Record Via CM/ECF

[1] Tellingly, Raycom did not discuss Judge Andersen's March 1, 2025 email in its letter to the Court.

[2] Judge Levie previously addressed whether *in camera* review is warranted. *See* R&R No. 3 at n. 69, n. 224, ECF No. 1174. Plaintiffs' Response to Defendants' Objections to Report & Recommendation No. 3 also included similar cases, making clear that no Defendant is entitled to *in camera* review as a matter of law. *See* ECF No. 1186 at 23-25.

# Exhibit 1

**From:** Wayne Andersen
**To:** Megan E. Jones
**Cc:** Robin A. Smith; Wendy Anderson; Nathaniel C. Giddings; Cy Smith; Suzanne McPhail; Jane Shin; David E. Mills; Rubin Waranch; Tabatabai, Fara; bmccabe@bakerlaw.com; Gregory J. Commins; Dyanne Cho; jward@jenner.com; Joseph Charles Folio III; Michael B. Kang; Eliot Adelson; David A. Ettinger; Richard A. Levie; Jane Simon; Robert W. Manoso
**Subject:** Re: Report and Recommendation No. 3.
**Date:** Wednesday, March 5, 2025 6:29:43 PM
**Attachments:** image779908.png
image249871.png
external.png

---

External email >

Tee up not fee up!!

Judge Wayne Andersen (ret.)
Mediator & Arbitrator,
847-650-6844
New email address: wa@adrwa.com

Sandra Dicken, case manager
312-655-9191
SDicken@jamsadr.com

On Mar 5, 2025, at 10:54 PM, Megan E. Jones <mjones@hausfeld.com> wrote:

Dear Judge Andersen:

Thank you for your response. We will meet and confer with Defendants about this and get back to you regarding same.

Sincerely,
Megan

**MEGAN E. JONES**
Partner
mjones@hausfeld.com
+1 415-744-1951 direct
*Pronouns: she/her/hers*

580 California Street
12th Floor
San Francisco, CA 94111
+1 415 633 1908

**hausfeld.com**

This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

---

**From:** Wayne Andersen <wa@adrwa.com>
**Date:** Wednesday, March 5, 2025 at 2:49 PM
**To:** Robin A. Smith <RSmith@mofo.com>
**Cc:** Wendy Anderson <w.m.anderson.jd@gmail.com>, Megan E. Jones <mjones@hausfeld.com>, Nathaniel C. Giddings <ngiddings@hausfeld.com>, Cy Smith <csmith@zuckerman.com>, Suzanne McPhail <smcphail@hausfeld.com>, Jane Shin <jshin@hausfeld.com>, David E. Mills <dmills@cooley.com>, Rubin Waranch <rwaranch@cooley.com>, Tabatabai, Fara <fara.tabatabai@hugheshubbard.com>, bmccabe@bakerlaw.com <bmccabe@bakerlaw.com>, Gregory J. Commins <gcommins@bakerlaw.com>, Dyanne Cho <dcho@bakerlaw.com>, jward@jenner.com <jward@jenner.com>, Joseph Charles Folio III <JFolio@mofo.com>, Michael B. Kang <mkang@jenner.com>, Eliot Adelson <EAdelson@mofo.com>, David A. Ettinger <DEttinger@honigman.com>, Richard A. Levie <rlevie@jamsadr.com>, Jane Simon <Jsimon@jamsadr.com>, Robert W. Manoso <RManoso@mofo.com>
**Subject:** Re: Report and Recommendation No. 3.

I'll pause efforts on R&R 3.  Please fee up what I still need to do.

Judge Wayne Andersen (ret.)
Mediator & Arbitrator,
847-650-6844
1New email address: wa@adrwa.com

Sandra Dicken, case manager
312-655-9191
SDicken@jamsadr.com

> On Mar 5, 2025, at 9:21 PM, Smith, Robin A. <RSmith@mofo.com> wrote:
>
> Judge Andersen,
>
> Thank you for meeting with the parties on Friday and for your prompt review of the Special Master Report and Recommendation No. 3.  We write to update you on the status of R&R 3.  As we discussed on Friday, the Defendants intend to file

objections to R&R 3, which are due this Friday, March 7, under the stipulated Rule 53 order (ECF No. 925). Although on Monday the Court issued an order adopting R&R 3, we have contacted Judge Kendall's chambers and requested that the order be rescinded to allow the Defendants to timely file their objections, consistent with ECF No. 925.

Additionally, we ask for clarification regarding your statement that R&R 3 "would resolve the pending motions to compel." As Judge Levie explained, R&R 3 focuses on only three categories of challenged documents. R&R 3 at 10. There are several other categories of Defendants' documents at issue that are not addressed by R&R 3 and that present distinct legal and factual questions. Those documents remain before Your Honor, but please let us know if you think otherwise. We are happy to set up a call to discuss if that would be helpful.

Best,
Robin Smith

**Robin A. Smith** (he/him)
Associate
rsmith@mofo.com
T +1 (202) 572-6793
M +1 (202) 247-1481

<image001.png>

---

**From:** Wayne Andersen <wa@adrwa.com>
**Sent:** Saturday, March 1, 2025 1:55 PM
**To:** Wendy Anderson <w.m.anderson.jd@gmail.com>
**Cc:** mjones@hausfeld.com; Nathaniel C. Giddings <ngiddings@hausfeld.com>; Cy Smith <csmith@zuckerman.com>; Suzanne McPhail <smcphail@hausfeld.com>; Jane Shin <jshin@hausfeld.com>; David E. Mills <dmills@cooley.com>; Rubin Waranch <rwaranch@cooley.com>; fara.tabatabai@hugheshubbard.com; bmccabe@bakerlaw.com; Gregory J. Commins <gcommins@bakerlaw.com>; Dyanne Cho <dcho@bakerlaw.com>; JWard@jenner.com; Michael B. Kang <mkang@jenner.com>; Adelson, Eliot A. <EAdelson@mofo.com>; Smith, Robin A. <RSmith@mofo.com>; DEttinger@honigman.com; Richard A. Levie <rlevie@jamsadr.com>; Jane Simon (home) <Jsimon@jamsadr.com>
**Subject:** Re: Report and Recommendation No. 3

**External Email**

---

Counsel,

I have reviewed Report and Recommendation 3 and considered the positions of counsel as set forth in our Zoom conference yesterday. If

adopted by the Court, this Report would resolve the pending motions to compel and enable the parties to prepare expeditiously for the upcoming depositions. Of course, I don't know whether Judge Kendall will adopt the recommendations. Under the circumstances and keeping in mind the relatively expeditious briefing schedule already set, I will pause any review of the documents by me until Judge Kendall decides whether to adopt the recommendations.

I understand that Report and Recommendation 4 involves just one document and will be forthcoming soon.

Judge Wayne Andersen (ret.)
Mediator & Arbitrator,
847-650-6844
New email address: wa@adrwa.com

Sandra Dicken, case manager
312-655-9191
SDicken@jamsadr.com

On Feb 20, 2025, at 4:39 PM, Wendy Anderson <w.m.anderson.jd@gmail.com> wrote:

Counsel,

Attached please find Special Master Levie's Report and Recommendation No. 3 and a proposed order.

As in the past, the Special Master will send a copy of this Report and Recommendation in Word to Plaintiffs, who have offered to insert the hyperlinks. The Special Master also asks Plaintiffs to please file the Report and the proposed order.

Thank you all.

Wendy M. Anderson

Counsel
Hon. Richard A. Levie (Ret.)
JAMS
1155 F Street, NW
Suite 1150
Washington, DC 20004
wanderson@jamsadr.com

==========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.