**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **IN RE: LOCAL TV ADVERTISING ANTITRUST LITIGATION**<br><br>*This document relates to all actions.* | Master Docket No. 18-06785<br><br>MDL No. 2867<br><br>The Honorable Judge Virginia M. Kendall |

**DEFENDANT GRAY LOCAL MEDIA, INC.'S (F/K/A RAYCOM MEDIA, INC.) RESPONSE TO PLAINTIFFS' OBJECTIONS TO SPECIAL MASTER ANDERSEN'S REPORT & RECOMMENDATION NO. 2 (ECF NO. 1244)**

Gray Local Media, Inc., formerly known as Raycom Media, Inc. ("Raycom"), by and through its undersigned counsel, respectfully submits this Response to Plaintiffs' Objections to Special Master Andersen's Report & Recommendation No. 2 (ECF No. 1244; the "Objection to R&R No. 2"). For the reasons set forth below, and in Raycom's Response to Plaintiffs' Objection to Special Master Andersen's Report & Recommendation No. 1 (ECF No. 1221; "Raycom's R&R No. 1 Response"), this Court should reject the arguments in Plaintiffs' Objection to R&R No. 2 and adopt Special Master Andersen's September 26, 2025 Report and Recommendation No. 2 ("Special Master Andersen's R&R No. 2"). *See* ECF No. 1223, 1223-1.[1]

Special Master Andersen's R&R No. 2 ruled on 67 documents listed in the LaPlatney privilege log that Special Master Andersen was "unable to locate" when conducting *in camera* review for his Report and Recommendation No. 1. *See* ECF No. 1223 at 1. In reviewing *in camera* the remaining 67 documents, Special Master Andersen "employed the same principles and guidelines . . . enunciated in R&R No. 1." *Id.*

Plaintiffs again dispute both Special Master Andersen's privilege recommendations and his process, incorrectly claiming that 14 of the 67 documents "involve common interest waiver exceptions and are materially identical to those challenged by Plaintiffs in their [previous] objections." ECF No. 1244 at 1. Plaintiffs' Objection to R&R No. 2, however, "fails to establish any clear error or abuse of discretion that would justify the extraordinary relief sought: wholesale waiver of . . . privileged documents." ECF No. 1221 at 8.

Accordingly, to avoid duplicative briefing, minimize the burden on the Court, and facilitate the prompt resolution of the remaining privilege disputes before Special Master Andersen, Raycom seeks leave to incorporate by reference the arguments set forth in Raycom's R&R No. 1 Response.

[1] The undersigned refers to Raycom herein to remain consistent with the Complaint's allegations.

For the reasons articulated in Raycom's R&R No. 1 Response, Raycom respectfully requests that the Court adopt Special Master Andersen's R&R No. 2.

Respectfully submitted,

October 16, 2025

*<u>/s/ David E. Mills</u>*

David E. Mills (pro hac vice)
**COOLEY LLP**
(dmills@cooley.com)
Deepti Bansal (pro hac vice)
(dbansal@cooley.com)
J. Parker Erkmann (pro hac vice)
(perkmann@cooley.com)
1299 Pennsylvania Ave., NW, Suite 700
Washington, DC 20004
Tel.: (202) 842-7800
Fax: (202) 842-7899

Beatriz Mejia (pro hac vice)
(mejiab@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Tel.: (415) 693-2000
Fax: (415) 693-2222

Mazda K. Antia (pro hac vice)
(mantia@cooley.com)
10265 Science Center Drive
San Diego, CA 92121
Tel.: (858) 550-6000
Fax: (858) 550-6420

Alexander G. Galicki (pro hac vice)
(agalicki@cooley.com)
355 S. Grand Avenue, Suite 900
Los Angeles, CA 90071
Tel.: (231) 561-3250
Fax: (231) 561-3244

Matthew L. Kutcher (SBN: 6275320)
(mkutcher@cooley.com)
444 W. Lake Street, Suite 1700
Chicago, IL 60606

Tel.: (312) 881-6500
Fax: (312) 881-6598

*Counsel for Defendant Gray Local Media, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 16, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will provide notice to all counsel of record.

/s/ *David E. Mills*
David E. Mills