## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

In Re: Local TV Advertising Antitrust
Litigation, et al.

|  |  |
|---|---|
| | Plaintiff, |
| v. | Case No.: 1:18−cv−06785 |
| | Honorable Virginia M. Kendall |
| Hearst Television Inc., et al. | |
| | Defendant. |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 17, 2026:

MINUTE entry before the Honorable Virginia M. Kendall. The non−party Motion to quash [1395] is now moot, as Defendants indicate Mr. Juen appeared for his deposition in Fargo, North Dakota, after filing his motion. (Dkt. 1398). Further, pursuant to Fed. R. Civ. P. 45(d)(3)(A), it is "the court for the district where compliance is required [that] must quash or modify a subpoena." The proper forum for this motion was the U.S. District Court for the District of North Dakota. Had this matter been live and properly within this Court's jurisdiction, the motion should have been filed pursuant to the emergency procedures available at Local Rule 77.2. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.