**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| **IN RE: LOCAL TV ADVERTISING ANTITRUST LITIGATION** *This document applies to all actions.* | Master Docket No. 18-06785 MDL No. 2867 The Honorable Chief Judge Virginia M. Kendall |

## <u>NOTICE OF SETTLEMENT WITH GRIFFIN COMMUNICATIONS, LLC</u>

Plaintiffs hereby provide notice that they have reached a settlement with Defendant Griffin Communications, LLC ("Griffin"). Plaintiffs intend, at the appropriate time, to file a motion seeking preliminary approval of the settlement. If approved by this Court, the settlement will fully and finally resolve all claims asserted against Griffin in this case on a class-wide basis.

The settlement is limited to Griffin and does not affect Plaintiffs' claims against any non-settling Defendants. All existing case deadlines, schedules, and obligations as to the remaining Defendants are unaffected by this settlement and will continue to govern unless and until modified by further order of the Court. Plaintiffs intend to continue to prosecute their claims against the remaining Defendants in accordance with the current schedule.

Dated: May 29, 2026

Respectfully submitted,

*/s/ Robert J. Wozniak*
Robert J. Wozniak
**JUSTICE JAGHER LONDON &**
**MILLEN LLC**
100 Tri-State International Drive, Suite 128
Lincolnshire, IL 60069
Tel: (224) 632-4500
rwozniak@jjlmlaw.com

*Liaison Counsel*

Megan E. Jones
**HAUSFELD LLP**
580 California Street
12th Floor
San Francisco, CA 94104
Tel: (415) 633-1908
mjones@hausfeld.com

Nathaniel C. Giddings
Farhad Mirzadeh
In Kyung "Jane" Shin
Annabelle Emuze
Will Hanna
**HAUSFELD LLP**
1200 17th Street, NW
Suite 600
Washington, DC 20036
Tel: (202) 540-7200
ngiddings@hausfeld.com
fmirzadeh@hausfeld.com
jshin@hausfeld.com
aemuze@hausfeld.com
whanna@hausfeld.com

*Lead Counsel*

Kimberly A. Justice
**JUSTICE JAGHER LONDON &
MILLEN LLC**
923 Fayette Street
Conshohocken, PA 19428
Tel: (484) 243-6335
kjustice@jjlmlaw.com

Meegan Hollywood
**SHINDER CANTOR LERNER LLP**
14 Penn Plaza,
Suite 1900
New York, NY 10122
Tel: (646) 960-8601
Meegan@scl-llp.com

*Plaintiffs' Steering Committee*

2